# EXHIBIT C

Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

<table>
<tr><th>Claim 7</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td>7. A system comprising:</td><td>Defendant Lucid Group, Inc. (“Lucid” or “Defendant”), uses, tests, sells, offers for sale, and/or imports 802.11n system.<br><br>Lucid Motors 802.11n Wi-Fi compatible devices, including, but not limited to, Lucid Gravity Touring, Lucid Gravity Grand Touring, Lucid Air Pure, Lucid Air Touring, Lucid Air Grand Touring, Lucid Air Sapphire, Lucid Connected Home Charging Station - NA (J1772/NACS), Lucid Connected Home Charging Station, LTE - NA (J1772/NACS) and Lucid Telematics control unit P11-K290G0-01 etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions (“Accused Products”), directs or controls its agents, affiliates, and/or customers to use a system claimed in claim 7.<br><br>For example, the Lucid Gravity incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11 wireless networking standards.<br><br>LUCID<br><br>Lucid Gravity Specs[7]<br>EPA EST. RANGE<br>Up to 450 miles[2]<br>CHARGE TO 200 MI<br>Under 11 mins[5]<br>PEAK POWER<br>Up to 828 hp<br>DRAG COEFFICIENT<br>0.24 Cd<br>TOWING<br>Up to 6,000 lbs[10]<br>SEATING<br>Up to 7 adults[3]<br>WHEELS<br>20" – 23"<br>DRIVE TYPE<br>AWD</td></tr>
</table>

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | |

Overview
Space
Range & Charging
Performance
User Experience
Safety & Driver Assistance
Sustainability
Specs
Compare
Touring
AVAILABLE VEHICLES
Grand Touring
AVAILABLE VEHICLES
PRICE
Buy from $79,900
Buy from $94,900
2026
Gravity Grand Touring
$121,000
Lease $1,266 /mo
Available Now
SAN FRANCISCO BAY AREA, CA
EPA-EST. RANGE 437 mi
POWER 828 hp
CARGO SPACE 115 cu. ft./ 7 seats
Ojai Leather Interior Theme
20" Front / 21" Rear Voyager Onyx Grey Wheels
2026
Gravity Touring
$99,950
Lease $1,020 /mo
Available Now
SAN FRANCISCO BAY AREA, CA
EPA-EST. RANGE 337 mi
POWER 560 hp
CARGO SPACE 120 cu. ft./ 5 seats
Yosemite Purluxe Premium Interior Theme
20" Front / 21" Rear Voyager Onyx Grey Wheels

(https://lucidmotors.com/gravity)

(https://lucidmotors.com/available-vehicles?model=gravity)

2

Page |C-2

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | Lucid Gravity Owners Manual North America<br><br>Antenna Information:<br><br>Ant. / Brand / Model Name / Antenna Type / Connector<br>1 / NMBTC / P21-J29200-01 / FPC / FARKA<br>2 / NMBTC / P21-J29300-01 / FPC / FARKA<br>3 / NMBTC / P21-J40000-01 / FPC / FARKA<br>4 / NMBTC / P21-J40100-01 / FPC / FARKA |

3

Page |C-3

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|

| Ant. | Port | 2.4G Gain (dBi) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2400 | 2420 | 2440 | 2460 | 2480 | 2500 | Remark (Note.1) |
| 1 | 1 | 2.16 | 2.16 | 2.16 | 2.16 | 2.16 | 2.16 | w/o cable |
| | | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 | with cable |

| Ant. | Port | 5G Gain (dBi) | | | | |
|---|---|---|---|---|---|---|
| | | 5150 | 5250 | 5750 | 5850 | Remark (Note. 2) |
| 1 | 1 | 2.87 | 2.87 | 2.64 | 2.64 | w/o cable |
| | | 0.67 | 0.67 | 0.34 | 0.34 | with cable |

Note 1: WLAN 2.4G cable loss = 1.8 dB.

Note 2: WLAN 5GHz Band 1 cable loss = 2.2 dB, and 5GHz Band 4 cable loss = 2.3 dB.

Note 3: WWAN cable loss = 1.4 dB (LTE Band 12, LTE Band 13)

WWAN cable loss = 1.5 dB (GSM 850, FDD V, LTE Band 5)

WWAN cable loss = 1.7 dB (PCS 1900, FDD II, FDD IV, LTE Band 2, LTE Band 4/66)

WWAN cable loss = 1.8 dB (LTE Band 7)

Note 4: The EUT has four TX antennas.

For 2.4GHz function:

For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)

Ant. 1 (port 1) could transmit/receive.

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | Support diversity function and pre-tested on each single chain, the worst case was Ant. 2 (port 2) and it was recorded in this report.<br><br>For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br><br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br><br>For WWAN 2G function (1TX/1RX):<br><br>Ant. 3 (port 1) could transmit/receive.<br><br>For WWAN 3G/ 4G function (1TX/2RX):<br><br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 1, 323, 324 & 325)<br><br>**Component: Unified Cockpit Controller**<br><br>- Manufacturer: Lucid USA, Inc.<br>- Model: P21-K2C000<br>- Operating Frequency: 2.402-2.480 GHz,<br>5.150 GHz - 5.25 GHz,<br>5.725 GHz - 5.85 GHz<br>- FCC ID: 2AXZJ-K2B100<br>IC: 27970-K2B100 |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC and ISED Notes: Unified Cockpit Controller – Lucid USA, Inc**<br><br>Model: P21-K2C000<br><br>FCC ID: 2AXZJ-K2B100<br><br>IC: 27970-K2B100<br><br>FCC Interference Statement<br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 312 & 325) |

6

Page |C-6

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC/IC Test Report**<br><br>**For:**<br>Lucid USA, Inc.<br><br>**Host Model:** P21-K2C000<br>**Module Model:** JODY-W354-00A<br><br>**Host Product Description:**<br>UCC (Unified Cockpit Controller)<br><br>**FCC ID:** 2AXZJ-K2B100<br>**IC:** 27970-K2B100<br><br>**Applied Rules and Standards:**<br>47 CFR Part 15.407 (UNII-1) & 5 GHz (UNII-3)<br>RSS-247 Issue 3 (DTSs) & (LE-LAN), and RSS-Gen Issue 5<br><br>**REPORT #:** EMC_LUCID_019_24001_15_407<br><br>**DATE:** 2024-09-30 |

7

Page |C-7

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3 Equipment Under Test (EUT)**<br><br>**3.1 EUT Specifications** |

| | |
|---|---|
| **Host Model No** | P21-K2C000 |
| **HW Version** | 01 |
| **SW Version** | 491 |
| **Contains FCC ID :** | 2AXZJ-K2B100 |
| **Contains IC:** | 27970-K2B100 |
| **Product Description** | UCC (Unified Cockpit Controller) |
| **Radio Module** | **Wi-Fi & Bluetooth Modules**<br>**Model Name** : Ublox<br>**Model Number :** JODY-W354-00A<br>**Wireless Technologies**<br>**Wi-Fi 5GHz :** 802.11 a/g/n/ac<br>**Bluetooth :** BDR/DER, BLE |
| **Frequency Range, # of channels** | Frequency Range (MHz): 5150-5250 — Channel Number: 36-48 [4]<br>Frequency Range (MHz): 5725-5850 — Channel Number: 149-165 [5] |
| **Modes of Operation** | WiFi 802.11a/b/g/n/ac |
| **Antenna Gain as declared** | 2.5 dBi |
| **Max. Peak Output Power** | 5GHz WLAN UNII-1 : +18.0dBm<br>5GHz WLAN UNII-3 : +16.8dBm |
| **Rated Operating Voltage Range** | 9V to 16V DC |
| **Operating Temperature Range** | -40 °C to 85 °C |

| Claim 7 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | (see below) |

5 **Measurement Results Summary**

| Test Specification | Test Case | Temperature and Voltage Conditions | Mode | Pass | NA | NP | Result |
|---|---|---|---|---|---|---|---|
| §15.407(e) | Emission Bandwidth | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 5 |
| §15.407(a) | Power Spectral Density | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 5 |
| §15.407(a) | Maximum Output Power | Nominal | 802.11a/n/ac/ax | ■ | ☐ | ☐ | See Note 3,4 |
| §15.407; 15.205 | Band Edge Compliance | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 6 |
| §15.407(b); §15.209; 15.205 | Radiated TX Spurious Emissions | Nominal | 802.11a/n/ac/ax | ■ | ☐ | ☐ | Complies |
| §15.207(a) | AC Conducted Emissions | Nominal | 802.11a/n/ac/ax | ☐ | ■ | ☐ | See Note 2 |

(https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-5GWLAN-7742753.pdf p. 1, 5 & 7)

**Component: Telematics Control Unit**

- Manufacturer: Lucid USA, Inc.
- Model: P11-K290G0-02
- Operating Frequency: 1850~1910MHz, 1710~1755MHz, 824~849MHz, 2500~2570MHz, 699~716MHz, 777~787MHz, 1850~1910MHz, 1710~1755MHz, 824~849MHz, 824.2~849.2MHz, 850.2~1909.8MHz,2400MHz ~ 2483.5MHz, 5150MHz ~ 5250MHz, 5725MHz ~ 5850MHz
- FCC ID: 2AXZJ-CTX0710W3

IC: 27970-CTX0710W3

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | WiFi 2.4G (2400MHz ~ 2483.5MHz) ≤ 30 dBm / 1000 mW,<br><br>WiFi 5G (5725MHz ~ 5850MHz) ≤30 dBm / 1000 mW,<br><br>FCC:<br><br>WiFi 5G (5150MHz ~ 5250MHz) ≤ 30 dBm / 1000 mW,<br><br>IC :<br><br>WiFi 5G (5150MHz ~ 5250MHz) ≤ 14.7 dBm / 29.51 mW E.I.R.P<br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 313 & 314)<br><br>**FCC Radio Test Report**<br><br>**FCC ID : 2AXZJ-CTX0710W3**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K290G0-02**<br>**Applicant : Lucid USA, Inc**<br>**Lucid Motors, Inc 7373 Gateway Blvd,**<br>**Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc**<br>**Lucid Motors, Inc 7373 Gateway Blvd,**<br>**Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407** |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see below) |

# 1 General Description

## 1.1 Information

### 1.1.1 RF General Information

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20), ax (HEW20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40), ax (HEW40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80), ax (HEW80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 1TX(Port 2) |
| 5.725-5.85GHz | 802.11a | 20 | 1TX(Port 2) |
| 5.15-5.25GHz | 802.11ax HEW20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ax HEW40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ax HEW80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW80 | 80 | 2TX |

**For 2.4GHz function:**
For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)
Ant. 1 (port 1) could transmit/receive.
**For 5GHz function:**
For IEEE 802.11 a mode (1TX/1RX)
Support diversity function and pre-tested on each single chain, the worst case was Ant. 2(port 2) and it was recored in this test report.
For IEEE 802.11 n/ac/ax mode (2TX/2RX)
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.

(https://fcc.report/FCC-ID/2AXZJ-CTX0710W3/6518841.pdf p. 1, 5 & 7)

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| |  |

Lucid Air Pure Named to Car and Driver's 10Best list for the Third Straight Year
Experience a superior long range electric sedan. Buy from $70,900
DEMO DRIVE
ORDER
EPA EST. RANGE UP TO
512 mi
varies by trim
CHARGE TO 200 MILES
12 min
varies by trim
MAX POWER
1,234 hp
varies by trim
0 - 60 MPH
1.89 sec
varies by trim
Overview
Interior
Charging
Connectivity
Safety
Accessories
Specs
Compare
DEMO DRIVE
ORDER
Pure
ORDER
EXPLORE
Touring
ORDER
EXPLORE
Grand Touring
ORDER
EXPLORE
Sapphire
DESIGN YOURS
EXPLORE
PRICE
Buy from $70,900
Buy from $79,900
Buy from $114,900
Fully Equipped at $249,000
MODEL YEAR
2026
2026
2026
2026

12

Page |C-12

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/air)<br><br>LUCID<br>Lucid Air<br>Owners Manual<br>North America<br><br>**Component: Center Console Controller**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K2B000<br>- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz<br>- FCC ID/ISED ID 2AXZJ-K2B000/IC: 27970-K2B000<br>(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 1 & 298) |

13

Page |C-13

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC / ISED Test Report**<br>FOR:<br>Lucid USA, Inc.<br>Model Name:<br>P11-K2B000<br>Product Description:<br>Center Console Controller (CCC)<br>FCC ID: 2AXZJ-K2B000<br>Applied Rules and Standards:<br>47 CFR Part 15.407 (NII) & 5 GHz (UNII)<br>REPORT #: EMC_LUCID-004-21001_15.407_Rev1<br>DATE: 2021-08-16 |

14

Page |C-14

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3 Equipment Under Test (EUT)<br>3.1 EUT Specifications<br>(see table below)<br>3.5 Justification for Worst Case Mode of Operation<br>During the testing process, the EUT was tested with transmitter sets on low, mid and high channels, and highest power in 802.11n mode. For radiated measurements, all data in this report shows the worst case between horizontal and vertical antenna polarizations.<br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-EMC-LUCID-004-21001-15-407-Rev1-and-simultaneous-WLAN-5G-and-5433708.pdf p. 1, 5 & 6) |

**3.1 EUT Specifications**

| Model No: | P11-K2B000 | |
|---|---|---|
| HW Version : | 01 | |
| SW Version : | 01 | |
| FCC-ID : | 2AXZJ-K2B000 | |
| Product Description: | Center Console Controller (CCC) | |
| Radio Module: | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 | |
| Frequency Range / number of channels: | Frequency Range (MHz) | Channel Number |
| | 5150-5250 | 36-48 [4] |
| | 5250-5350 | 52-64 [4] |
| | 5470-5725 | 100-140 [11] |
| | 5725-5850 | 149-165 [5] |
| Modes of Operation | 802.11a/ac | |
| Type(s) of Modulation: | BPSK / QPSK / QAM | |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. (“Lucid”) |
| --- | --- |
| | (https://fccid.io/2AXZJ-K2B000/Internal-Photos/Internal-Photos-shields-removed-5433701.pdf p. 6)<br><br>FCC Measurement/Technical Report on<br><br>WLAN and Bluetooth module<br>JODY-W164-03A<br><br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164 |

16

Page |C-16

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3.1 GENERAL EUT DESCRIPTION |

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |
| Declared EUT data by the supplier | |
| Voltage Type | DC |
| Voltage Level | 3.3 V |
| Tested Modulation Type | WLAN: Mode a: OFDM Modulation, 6Mbps<br>Mode n: OFDM Modulation, MCS 0 (20 / 40 MHz)<br>Mode ac: OFDM Modulation, MCS 0 (20 / 40 / 80 MHz) |
| Specific product description | The JODY-W1 is a compact automotive grade module that provides Wi-Fi, Bluetooth, and Bluetooth low energy communication. The JODY-W164-03A module can be operated in the following modes:<br>Wi-Fi 2x2 MIMO 802.11n/ac in the 5 GHz band<br>Wi-Fi 1x1 802.11ac in 2.4 / 5 GHz real simultaneous dual band<br>Dual-mode Bluetooth v4.2, can be operated fully simultaneous with both the Wi-Fi modes<br>It is equipped with two antenna pins connected to two SMA antenna connectors on the evaluation board.<br>Maximum supported band width in 2.4 GHz WLAN mode: 20 MHz, 5 GHz WLAN mode: 80 MHz |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-MDE-UBLOX-1701-FCCb-1-5433709.pdf p. 1 & 15)

| Claim 7 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | **Component: Telematics Control Unit**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K290G0<br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>- FCC ID/ISED ID: 2AXZJ-CTX0700/IC: 27970-CTX0700<br>- Maximum Transmit Power: LTE Band 12:699.7-715.3MHz: 204.6mW / 23.11dBm 700.5-714.5MHz: 171.4mW / 22.34dBm704.0-711.0MHz: 194.1mW / 22.88dBm779.5-784.5MHz: 214.3mW / 23.31dBmLTE Band 13:782.0-782.0MHz: 255.9mW / 24.08dBmGSM 850:824.2-848.8MHz: 1014.0mW / 30.06dBmLTE Band 5:824.7-848.3MHz: 202.3mW / 23.06dBmWCDMA Band V:826.4-846.6MHz: 263.0mW / 24.199dBm829.0-844.0MHz: 191.0mW / 22.81dBmPCS 1900:1850.2-1909.8MHz 615.0mW / 27.89dBmLTE Band 2:1850.7-1909.3MHz: 129.4mW / 21.12dBm1851.5-1908.5MHz: 152.4mW / 21.83dBm1860.0-1900.0MHz: 138.0mW / 21.40dBmLTE Band 41710.7-1754.3MHz: 142.6 mW / 21.54dBm1715.0-1750.0MHz: 117.5 mW / 20.70dBm1720.0-1745.0MHz: 127.6 mW / 21.06dBmWCDMA Band IV:1712.4-1752.6MHz: 184.1mW / 22.65dBmWCDMAd Band II:1852.4-1907.6MHz: 164.4mW / 22.16dBmLTE Band 7:2505.0-2565.0MHz: 50.5mW / 17.033dBm2510.0-2560.0MHz: 47.5mW / 16.77dBmWiFi/BT2412.0-2462.0MHz: 194.5mW / 22.89dBm5180.0-5240.0MHz 26.1mW / 14.17dBm5745.0-5825.0MHz 67.6mW / 18.30dBm<br>(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 300) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see below) |

# Radio Exposure Evaluation Report

| | |
|---|---|
| **FCC ID** | **: 2AXZJ-CTX0700** |
| **Equipment** | **: Telematics Control Unit** |
| **Brand Name** | **: Lucid USA, Inc** |
| **Model Name** | **: P11-K29000** |
| **Applicant** | **: Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560** |
| **Manufacturer** | **: Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560** |
| **Standard** | **: 47 CFR Part 2.1091** |

## 1 General Description

### 1.1 EUT General Information

| RF General Information | | | |
|---|---|---|---|
| **Evaluation Mode** | **Frequency Range (MHz)** | **Operating Frequency (MHz)** | **Modulation Type** |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250<br>5725-5850 | 5180-5240<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM) |

**For 2.4GHz function:**

For IEEE 802.11 b/g/n mode (1TX/1RX)

Ant. 1 (port 1) could transmit/receive.

**For 5GHz function:**

For IEEE 802.11 a/n/ac mode (2TX/2RX)

Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.

**For WWAN function (1TX/2RX):**

Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.

(https://fccid.io/2AXZJ-CTX0700/RF-Exposure-Info/MPE-Report-5050672.pdf p. 1, 5 & 7)

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC Test Report**<br><br>**FCC ID : 2AXZJ-CTX0700**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K29000**<br>**Applicant : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407**<br><br>**1 General Description**<br>**1.1 Information**<br>**1.1.1 RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0700/Test-Report/Test-Report-5G-5050666.pdf p. 1, 5 & 7)<br><br>**Component: Telematics Control Unit**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K290G0<br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>- FCC ID/ISED ID: 2AXZJ-CTX0710/IC: 27970-CTX0710<br>- Maximum Transmit Power: LTE Band 12701.5-713.5 MHz: 216.0 mW / 23.34dBm704.0-711.0 MHz: 258.0 mW / 24.12dBmLTE Band 13782.0-782.0 MHz: 308.0 mW / 24.89dBmGSM 850:824.2-848.8 MHz: 2793.0 mW / 34.46dBmLTE Band 5:825.5-847.5 MHz: 376.7 mW / 25.76dBm829.0-844.0 MHz: 441.6 mW / 26.45dBmWCDMA Band V:826.4-846.6 MHz: 284.0 mW / 24.53dBmPCS 1900:1850.2-1909.8MHz: 873.0 mW / 29.41dBmWCDMAd Band II:1852.4-1907.6 MHz: 182.0 mW / 22.6dBmLTE Band 2:1857.5-1902.5 MHz: 165.2 mW / 22.18dBm1860.0-1900.0 MHz: 200.9 mW / 23.03dBmLTE Band 41711.5-1753.5 MHz: 176.2 mW / 22.46dBm1715.0-1750.0 MHz: 212.3 mW / 23.27dBm1720.0-1745.0 MHz: 194.1 mW / 22.88dBmWCDMA Band IV:1712.4-1752.6 MHz: 174.0 mW / 22.41dBmLTE Band 661717.5-1772.5 MHz: 151.0 mW / 21.79dBm1720.0-1770.0 MHz: 182.0 mW / 22.6dBmLTE Band 7:2510.0-2560.0 MHz: 68.0 mW / 18.33dBmWiFi/ BT2412.0-2462.0 MHz: 91.2 mW / 19.6dBm5210.0-5210.0 MHz: 15.0 mW / 11.76dBm5745.0-5825.0 MHz: 39.5 mW / 15.97dBm<br>(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 300) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see below) |

# FCC Radio Test Report

**FCC ID** : **2AXZJ-CTX0710**
**Equipment** : **Telematics Control Unit**
**Brand Name** : **Lucid USA, Inc**
**Model Name** : **P11-K290G0**
**Applicant** : **Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**
**Manufacturer** : **Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**
**Standard** : **47 CFR FCC Part 15.407**

## 1 General Description

### 1.1 Information

#### 1.1.1 RF General Information

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 2TX |
| 5.725-5.85GHz | 802.11a | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT80 | 80 | 2TX |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br><br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0710/Test-Report/TR-5G-5314687.pdf p. 1, 5, 6 & 7)<br><br>LUCID<br>Lucid Air Sapphire<br>Owners Manual<br>North America<br><br>**Component:** Center Console Controller<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K2B000<br>- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz<br>- FCC ID/ISED ID: 2AXZJ-K2B000/IC: 27970-K2B000<br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 1 & 297) |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC / ISED Test Report**<br>**FOR:**<br>Lucid USA, Inc.<br>Model Name:<br>P11-K2B000<br>Product Description:<br>Center Console Controller (CCC)<br>FCC ID: 2AXZJ-K2B000<br>Applied Rules and Standards:<br>47 CFR Part 15.407 (NII) & 5 GHz (UNII)<br>REPORT #: EMC_LUCID-004-21001_15.407_Rev1<br>DATE: 2021-08-16 |

24

Page |C-24

<table>
<tr><th>Claim 7</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td></td><td>
3 Equipment Under Test (EUT)<br><br>
3.1 EUT Specifications<br><br>
Model No: P11-K2B000<br>
HW Version : 01<br>
SW Version : 01<br>
FCC-ID : 2AXZJ-K2B000<br>
Product Description: Center Console Controller (CCC)<br>
Radio Module: Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164<br>
Frequency Range / number of channels:<br>
Frequency Range (MHz) / Channel Number<br>
5150-5250 / 36-48 [4]<br>
5250-5350 / 52-64 [4]<br>
5470-5725 / 100-140 [11]<br>
5725-5850 / 149-165 [5]<br>
Modes of Operation: 802.11a/ac<br>
Type(s) of Modulation: BPSK / QPSK / QAM<br><br>
3.5 Justification for Worst Case Mode of Operation<br><br>
During the testing process, the EUT was tested with transmitter sets on low, mid and high channels, and highest power in 802.11n mode. For radiated measurements, all data in this report shows the worst case between horizontal and vertical antenna polarizations.<br><br>
(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-EMC-LUCID-004-21001-15-407-Rev1-and-simultaneous-WLAN-5G-and-5433708.pdf p. 1, 5 & 6)
</td></tr>
</table>

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | <br>Model: JODY-W164-03A<br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164<br>01<br>20/08<br>blox®<br>(https://fccid.io/2AXZJ-K2B000/Internal-Photos/Internal-Photos-shields-removed-5433701.pdf p. 6)<br><br>FCC Measurement/Technical Report on<br><br>WLAN and Bluetooth module<br>JODY-W164-03A<br><br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164 |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3.1 GENERAL EUT DESCRIPTION<br><br>Kind of Device product description: The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE)<br>Product name: JODY-W164-03A<br>Type: JODY-W164-03A<br>Declared EUT data by the supplier<br>Voltage Type: DC<br>Voltage Level: 3.3 V<br>Tested Modulation Type: WLAN: Mode a: OFDM Modulation, 6Mbps; Mode n: OFDM Modulation, MCS 0 (20 / 40 MHz); Mode ac: OFDM Modulation, MCS 0 (20 / 40 / 80 MHz)<br>Specific product description: The JODY-W1 is a compact automotive grade module that provides Wi-Fi, Bluetooth, and Bluetooth low energy communication. The JODY-W164-03A module can be operated in the following modes: Wi-Fi 2x2 MIMO 802.11n/ac in the 5 GHz band; Wi-Fi 1x1 802.11ac in 2.4 / 5 GHz real simultaneous dual band; Dual-mode Bluetooth v4.2, can be operated fully simultaneous with both the Wi-Fi modes; It is equipped with two antenna pins connected to two SMA antenna connectors on the evaluation board.; Maximum supported band width in 2.4 GHz WLAN mode: 20 MHz, 5 GHz WLAN mode: 80 MHz<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-MDE-UBLOX-1701-FCCb-1-5433709.pdf p. 1 & 15) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Component: Telematics Control Unit**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K290G0<br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>- FCC ID/ISED ID: 2AXZJ-CTX0700/IC: 27970-CTX0700<br>- Maximum Transmit Power: LTE Band 12:699.7-715.3MHz: 204.6mW / 23.11dBm 700.5-714.5MHz: 171.4mW / 22.34dBm704.0-711.0MHz: 194.1mW / 22.88dBm779.5-784.5MHz: 214.3mW / 23.31dBmLTE Band 13:782.0-782.0MHz: 255.9mW / 24.08dBmGSM 850:824.2-848.8MHz: 1014.0mW / 30.06dBmLTE Band 5:824.7-848.3MHz: 202.3mW / 23.06dBmWCDMA Band V:826.4-846.6MHz: 263.0mW / 24.199dBm829.0-844.0MHz: 191.0mW / 22.81dBmPCS 1900:1850.2-1909.8MHz 615.0mW / 27.89dBmLTE Band 2:1850.7-1909.3MHz: 129.4mW / 21.12dBm1851.5-1908.5MHz: 152.4mW / 21.83dBm1860.0-1900.0MHz: 138.0mW / 21.40dBmLTE Band 41710.7-1754.3MHz: 142.6 mW / 21.54dBm1715.0-1750.0MHz: 117.5 mW / 20.70dBm1720.0-1745.0MHz: 127.6 mW / 21.06dBmWCDMA Band IV:1712.4-1752.6MHz: 184.1mW / 22.65dBmWCDMAd Band II:1852.4-1907.6MHz: 164.4mW / 22.16dBmLTE Band 7:2505.0-2565.0MHz: 50.5mW / 17.033dBm2510.0-2560.0MHz: 47.5mW / 16.77dBmWiFi/BT2412.0-2462.0MHz: 194.5mW / 22.89dBm5180.0-5240.0MHz 26.1mW / 14.17dBm5745.0-5825.0MHz 67.6mW / 18.30dBm<br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 299) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Radio Exposure Evaluation Report** (reproduced below) |

# Radio Exposure Evaluation Report

**FCC ID** : **2AXZJ-CTX0700**
**Equipment** : **Telematics Control Unit**
**Brand Name** : **Lucid USA, Inc**
**Model Name** : **P11-K29000**
**Applicant** : **Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd,**
**Newark, California, United States, 94560**
**Manufacturer** : **Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd,**
**Newark, California, United States, 94560**
**Standard** : **47 CFR Part 2.1091**

## 1 General Description

### 1.1 EUT General Information

| RF General Information | | | |
|---|---|---|---|
| **Evaluation Mode** | **Frequency Range (MHz)** | **Operating Frequency (MHz)** | **Modulation Type** |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250<br>5725-5850 | 5180-5240<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM) |

**For 2.4GHz function:**
For IEEE 802.11 b/g/n mode (1TX/1RX)
Ant. 1 (port 1) could transmit/receive.
**For 5GHz function:**
For IEEE 802.11 a/n/ac mode (2TX/2RX)
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.
**For WWAN function (1TX/2RX):**
Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.

(https://fccid.io/2AXZJ-CTX0700/RF-Exposure-Info/MPE-Report-5050672.pdf p. 1, 5 & 7)

| Claim 7 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | **FCC Test Report**<br><br>**FCC ID : 2AXZJ-CTX0700**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K29000**<br>**Applicant : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407**<br><br>**1 General Description**<br>**1.1 Information**<br>**1.1.1 RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0700/Test-Report/Test-Report-5G-5050666.pdf p. 1, 5 & 7)<br><br>**Component:** Telematics Control Unit<br><br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K290G0<br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>- FCC ID/ISED ID: 2AXZJ-CTX0710/IC: 27970-CTX0710<br>- Maximum Transmit Power: LTE Band 12701.5-713.5 MHz: 216.0 mW / 23.34dBm704.0-711.0 MHz: 258.0 mW / 24.12dBmLTE Band 13782.0-782.0 MHz: 308.0 mW / 24.89dBmGSM 850:824.2-848.8 MHz: 2793.0 mW / 34.46dBmLTE Band 5:825.5-847.5 MHz: 376.7 mW / 25.76dBm829.0-844.0 MHz: 441.6 mW / 26.45dBmWCDMA Band V:826.4-846.6 MHz: 284.0 mW / 24.53dBmPCS 1900:1850.2-1909.8MHz: 873.0 mW / 29.41dBmWCDMAd Band II:1852.4-1907.6 MHz: 182.0 mW / 22.6dBmLTE Band 2:1857.5-1902.5 MHz: 165.2 mW / 22.18dBm1860.0-1900.0 MHz: 200.9 mW / 23.03dBmLTE Band 41711.5-1753.5 MHz: 176.2 mW / 22.46dBm1715.0-1750.0 MHz: 212.3 mW / 23.27dBm1720.0-1745.0 MHz: 194.1 mW / 22.88dBmWCDMA Band IV:1712.4-1752.6 MHz: 174.0 mW / 22.41dBmLTE Band 661717.5-1772.5 MHz: 151.0 mW / 21.79dBm1720.0-1770.0 MHz: 182.0 mW / 22.6dBmLTE Band 7:2510.0-2560.0 MHz: 68.0 mW / 18.33dBmWiFi/ BT2412.0-2462.0 MHz: 91.2 mW / 19.6dBm5210.0-5210.0 MHz: 15.0 mW / 11.76dBm5745.0-5825.0 MHz: 39.5 mW / 15.97dBm<br><br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 299) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see FCC Radio Test Report below) |

# FCC Radio Test Report

FCC ID : 2AXZJ-CTX0710
Equipment : Telematics Control Unit
Brand Name : Lucid USA, Inc
Model Name : P11-K290G0
Applicant : Lucid USA, Inc
Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560
Manufacturer : Lucid USA, Inc
Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560
Standard : 47 CFR FCC Part 15.407

## 1 General Description

### 1.1 Information

#### 1.1.1 RF General Information

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 2TX |
| 5.725-5.85GHz | 802.11a | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT80 | 80 | 2TX |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br><br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0710/Test-Report/TR-5G-5314687.pdf p. 1, 5, 6 & 7)<br><br>Connected Home Charging Station - NACS<br>$1,200.00<br>ADD TO BAG<br><br>(https://store.lucidmotors.com/connected-home-charging-station-nacs/) |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | LUCID<br><br>**Lucid Connected Home Charging Station Guide**<br>**North America**<br>Version 2025.29.2 US English<br><br>Product Overview<br><br>**Package Contents**<br>The box should consist of the following components:<br><br>Item: 1 · Description: Lucid Connected Home Charging Station (J1772 / NACS) OR Lucid Connected Home Charging Station, LTE (J1772 / NACS) · Qty: 1 · Remark: Ensure that the variant in the box is accurate per the use type. LTE variant is only for commercial installations.<br><br>**NACS Lucid Connected Home Charging Station and Cable**<br><br>LUCID<br><br>**Ethernet Grommet** |

34

Page |C-34

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | Product Specifications (table below) (https://store.lucidmotors.com/content/ACC_Lucid-Connected-Home-Charging-Station-Guide_NA_2025.29.2.pdf p. 1, 8 & 9) |

## Product Specifications

| Item | Lucid Connected Home Charging Station, NA (J1772 / NACS) | Lucid Connected Home Charging Station, LTE, NA (J1772 / NACS) |
|---|---|---|
| Application | Residential | Commercial |
| Voltage | 208 - 240VAC, Single Phase | 208 - 240VAC, Single Phase |
| Frequency | 60Hz | 60Hz |
| Current | Adjustable up to 80A<br>(see **Set Operating Current** on page 14 | Adjustable up to 80A<br>(see **Set Operating Current** on page 14 |
| Charging Connector | SAE J1772, Type 1 / NACS | SAE J1772, Type 1 / NACS |
| Cable Length | 24 ' | 15 ' |
| Battery Holder | Battery holder for 3x AA batteries (if batteries are not installed, please refrain from installing the batteries yourself) | |
| Wi-Fi | 802.11 b/g/n | 802.11 b/g/n |
| Ethernet | Yes | Yes |
| Cellular | N/A | M2M connection (LTE CAT.M1 / CAT.NBIoT) |

(https://store.lucidmotors.com/content/ACC_Lucid-Connected-Home-Charging-Station-Guide_NA_2025.29.2.pdf p. 1, 8 & 9)

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | TCU User Manual<br><br>TCU (Telematics Control Unit) **P11-K290G0-02** is manufactured by **ASKEY Corp**. for **Lucid USA, Inc** (aka Lucid Motors) and provides wireless connectivity to LTE/UMTS and Wi-Fi networks for vehicle's Infotainment and Telematics systems. The device also provides location-based services and is capable to download OTA software updates for different functional units of the vehicle.<br><br>**For 2.4GHz function:**<br>For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br><br>**For 5GHz function:**<br>For IEEE 802.11 a mode (1TX/1RX)<br>Support diversity function and pre-tested on each single chain, the worst case was Ant. 2 (port 2) and it was recorded in this report.<br>For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br><br>(https://fcc.report/FCC-ID/2AXZJ-CTX0710W3/6518908.pdf p. 1 & 3)<br><br>**Radio Exposure Evaluation Report**<br><br>**FCC ID : 2AXZJ-CTX0710W3**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K290G0-02**<br>**Applicant : Lucid USA, Inc**<br>**Lucid Motors, Inc 7373 Gateway Blvd,**<br>**Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc**<br>**Lucid Motors, Inc 7373 Gateway Blvd,**<br>**Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 2 Subpart J, section 2.1091** |

<table>
<tr><th>Claim 7</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td></td><td>

**1 General Description**

**1.1 Information**

**1.1.1 EUT General Information**

| RF General Information | | | |
|---|---|---|---|
| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>VHT: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM)<br>802.11ax: OFDMA (BPSK, QPSK, 16QAM, 64QAM, 256QAM, 1024QAM) |
| 5GHz WLAN | 5150-5250<br>5725-5850 | 5180-5240<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM)<br>802.11ax: OFDMA (BPSK, QPSK, 16QAM, 64QAM, 256QAM, 1024QAM) |

**For 2.4GHz function:**<br>
For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)<br>
Ant. 1 (port 1) or Ant. 5 (port 1) could transmit/receive.<br>
**For 5GHz function:**<br>
For IEEE 802.11 a mode (1TX/1RX)<br>
Support diversity function and pre-tested on each single chain, the worst case was Ant. 2(port 2), Ant. 6(port 2) and it was recored in this test report.<br>
For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br>
Ant. 1 (port 1), Ant. 2 (port 2) or Ant. 5 (port 1), Ant. 6 (port 2) could transmit/receive simultaneously.

(https://fccid.io/2AXZJ-CTX0710W3/RF-Exposure-Info/RF-Exposure-MPE-7798904.pdf p. 1, 5 & 8)
</td></tr>
<tr><td>a signal processor configured to receive a first set of data streams, and generate a second set of one or more data streams based on a combination of the first set</td><td>

Lucid Motors 802.11n device comprises a signal processor configured to receive a first set of data streams, and generate a second set of one or more data streams based on a combination of the first set of data streams, wherein the combination of the first set of data streams is the product of a matrix multiplication of the data in the first set of data streams with a unitary matrix.

Lucid Motors 802.11n device comprises a signal processor (e.g., spatial mapper) configured to receive a first set of data streams (e.g., space-time streams) and generate a second set of one or more data
</td></tr>
</table>

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| of data streams, wherein the combination of the first set of data streams is the product of a matrix multiplication of the data in the first set of data streams with a unitary matrix; and | streams (e.g., transmit chains) based on a combination of the first set of data streams. The combination of the first set of data streams is the product of a matrix multiplication (e.g., spatial expansion) of the data in the first set of data streams with a unitary matrix.<br><br>NOTES<br>—There might be 1 or 2 FEC encoders when BCC encoding is used.<br>—The stream parser might have 1, 2, 3 or 4 outputs.<br>—When LDPC encoding is used, the interleavers are not used<br>—When STBC is used, the STBC block has more outputs than inputs.<br>—When spatial mapping is used, there might be more transmit chains than space time streams.<br>—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.<br><br>**Figure 20-3—Transmitter block diagram 2**<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | h) *Spatial mapper* maps space-time streams to transmit chains. This may include one of the following:<br>1) *Direct mapping*: Constellation points from each space-time stream are mapped directly onto the transmit chains (one-to-one mapping).<br>2) *Spatial expansion*: Vectors of constellation points from all the space-time streams are expanded via matrix multiplication to produce the input to all the transmit chains.<br>3) *Beamforming*: Similar to spatial expansion, each vector of constellation points from all the space-time streams is multiplied by a matrix of steering vectors to produce the input to the transmit chains.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684)<br><br>c) *Spatial expansion:* $Q_k$ is the product of a CSD matrix and a square matrix formed of orthogonal columns. As an illustration: |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | 1) The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values:<br>i) $N_{TX}=2, N_{STS}=1, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 1\end{bmatrix}^T$<br>ii) $N_{TX}=3, N_{STS}=1, D = \frac{1}{\sqrt{3}}\begin{bmatrix}1 & 1 & 1\end{bmatrix}^T$<br>iii) $N_{TX}=4, N_{STS}=1, D = \frac{1}{2}\begin{bmatrix}1 & 1 & 1 & 1\end{bmatrix}^T$<br>iv) $N_{TX}=3, N_{STS}=2, D = \sqrt{\frac{2}{3}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\end{bmatrix}$<br>v) $N_{TX}=4, N_{STS}=2, D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0\\ 0 & 1\\ 1 & 0\\ 0 & 1\end{bmatrix}$<br>vi) $N_{TX}=4, N_{STS}=3, D = \frac{\sqrt{3}}{2}\begin{bmatrix}1 & 0 & 0\\ 0 & 1 & 0\\ 0 & 0 & 1\\ 1 & 0 & 0\end{bmatrix}$<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1722-23) |

| Claim 7 | Lucid Group, Inc. ("Lucid") |
|---|---|
| a plurality of antennas, wherein each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams. | Lucid Motors 802.11n device comprises a plurality of antennas, wherein each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams.<br><br>Lucid Motors 802.11n device comprises a plurality of antennas (e.g., "Analog and RF"). Each antenna is configured to transmit a corresponding one data stream of the first and second sets of data streams (e.g., the first set transmitted on a first transmit chain over a first antenna, and the second set transmitted on a second transmit chain over a second antenna, e.g., when the number of space-time streams is less than the number of transmit chains). |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 7 | Lucid Group, Inc. (“Lucid”) |
| --- | --- |
| |  |

Scrambler
Encoder Parser
FEC encoder
FEC encoder
Stream Parser
Interleaver
Constellation mapper
STBC
CSD
Spatial Mapping
IDFT
Insert GI and Window
Analog and RF
$N_{SS}$ Spatial Streams
$N_{STS}$ Space Time Streams
$N_{TX}$ Transmit Chains

NOTES
—There might be 1 or 2 FEC encoders when BCC encoding is used.
—The stream parser might have 1, 2, 3 or 4 outputs.
—When LDPC encoding is used, the interleavers are not used
—When STBC is used, the STBC block has more outputs than inputs.
—When spatial mapping is used, there might be more transmit chains than space time streams.
—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 20-3—Transmitter block diagram 2**

(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)

42

Page |C-42

<table>
<tr><th>Claim 7</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td></td><td>1) The spatial expansion may be performed by duplicating some of the $N_{STS}$ streams to form the $N_{TX}$ streams, with each stream being scaled by the normalization factor $\sqrt{N_{STS}/N_{TX}}$. The spatial expansion may be performed by using, for instance, one of the following matrices, denoted $D$, left-multiplied by a CSD matrix, denoted $M_{CSD}(k)$, and/or possibly multiplied by any unitary matrix. The resulting spatial mapping matrix is then $Q_k = M_{CSD}(k) \cdot D$, where $D$ may take on one of the following values:<br>i) $N_{TX}$=2, $N_{STS}$=1, $D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 1\end{bmatrix}^T$<br>ii) $N_{TX}$=3, $N_{STS}$=1, $D = \frac{1}{\sqrt{3}}\begin{bmatrix}1 & 1 & 1\end{bmatrix}^T$<br>iii) $N_{TX}$=4, $N_{STS}$=1, $D = \frac{1}{2}\begin{bmatrix}1 & 1 & 1 & 1\end{bmatrix}^T$<br>iv) $N_{TX}$=3, $N_{STS}$=2, $D = \sqrt{\frac{2}{3}}\begin{bmatrix}1 & 0 \\ 0 & 1 \\ 1 & 0\end{bmatrix}$<br>v) $N_{TX}$=4, $N_{STS}$=2, $D = \frac{1}{\sqrt{2}}\begin{bmatrix}1 & 0 \\ 0 & 1 \\ 1 & 0 \\ 0 & 1\end{bmatrix}$<br>vi) $N_{TX}$=4, $N_{STS}$=3, $D = \frac{\sqrt{3}}{2}\begin{bmatrix}1 & 0 & 0 \\ 0 & 1 & 0 \\ 0 & 0 & 1 \\ 1 & 0 & 0\end{bmatrix}$<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1723)</td></tr>
</table>

| Claim 9 | Lucid Group, Inc. ("Lucid") |
|---|---|
| 9. The system of claim 7, wherein at least one data stream of the first set of data streams is cyclically-shifted before it is combined with the other data streams of the first set of data streams to generate the second set of data streams. | Lucid Motors 802.11n device comprises wherein at least one data stream of the first set of data streams is cyclically-shifted before it is combined with the other data streams of the first set of data streams to generate the second set of data streams.<br><br>At least one data stream of the first set of data streams (e.g., space-time streams) is cyclically-shifted (e.g., at the CSD) before it is combined with the other data streams of the first set of data stream to generate the second set of data streams. |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 9 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| |  Scrambler<br>Encoder Parser<br>FEC encoder<br>FEC encoder<br>Stream Parser<br>Interleaver<br>Constellation mapper<br>STBC<br>CSD<br>Spatial Mapping<br>IDFT<br>Insert GI and Window<br>Analog and RF<br>$N_{SS}$ Spatial Streams<br>$N_{STS}$ Space Time Streams<br>$N_{TX}$ Transmit Chains<br>NOTES<br>—There might be 1 or 2 FEC encoders when BCC encoding is used.<br>—The stream parser might have 1, 2, 3 or 4 outputs.<br>—When LDPC encoding is used, the interleavers are not used<br>—When STBC is used, the STBC block has more outputs than inputs.<br>—When spatial mapping is used, there might be more transmit chains than space time streams.<br>—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.<br>**Figure 20-3—Transmitter block diagram 2**<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685) |

45

Page |C-45

| Claim 9 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | j) *Cyclic shift (CSD) insertion* is where the insertion of the cyclic shifts prevents unintentional beamforming. CSD insertion may occur before or after the IDFT. There are three cyclic shift types as follows:<br>1) A cyclic shift specified per transmitter chain with the values defined in Table 20-9 (a possible implementation is shown in Figure 20-2).<br>2) A cyclic shift specified per space-time stream with the values defined in Table 20-10 (a possible implementation is shown in Figure 20-3).<br>3) A cyclic shift $M_{CSD}(k)$ that may be applied as a part of the spatial mapper; see 20.3.11.11.2.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |

| Claim 11 | Lucid Group, Inc. ("Lucid") |
|---|---|
| 11. The system of claim 7, wherein generating the second set of data streams based on a combination of the first set of data streams comprises: | Lucid Motors 802.11n device comprises generating the second set of data streams based on a combination of the first set of data streams: |
| cyclically-shifting at least one data stream of the first set of data streams; and | Lucid Motors 802.11n device comprises cyclically-shifting at least one data stream of the first set of data streams. |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 11 | Lucid Group, Inc. (“Lucid”) |
| --- | --- |
| | See figure below |

Scrambler
Encoder Parser
FEC encoder
FEC encoder
Stream Parser
Interleaver
Constellation mapper
STBC
CSD
Spatial Mapping
IDFT
Insert GI and Window
Analog and RF
$N_{SS}$ Spatial Streams
$N_{STS}$ Space Time Streams
$N_{TX}$ Transmit Chains
NOTES
—There might be 1 or 2 FEC encoders when BCC encoding is used.
—The stream parser might have 1, 2, 3 or 4 outputs.
—When LDPC encoding is used, the interleavers are not used
—When STBC is used, the STBC block has more outputs than inputs.
—When spatial mapping is used, there might be more transmit chains than space time streams.
—The number of inputs to the spatial mapper might be 1, 2, 3, or 4.

**Figure 20-3—Transmitter block diagram 2**

(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685)

47

Page |C-47

| Claim 11 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | j) *Cyclic shift (CSD) insertion* is where the insertion of the cyclic shifts prevents unintentional beamforming. CSD insertion may occur before or after the IDFT. There are three cyclic shift types as follows:<br>1) A cyclic shift specified per transmitter chain with the values defined in Table 20-9 (a possible implementation is shown in Figure 20-2).<br>2) A cyclic shift specified per space-time stream with the values defined in Table 20-10 (a possible implementation is shown in Figure 20-3).<br>3) A cyclic shift $M_{CSD}(k)$ that may be applied as a part of the spatial mapper; see 20.3.11.11.2.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1684) |
| combining the at least one cyclically-shifted data stream with at least one other data stream of the first set of data streams. | Lucid Motors 802.11n device comprises combining the at least one cyclically-shifted data stream with at least one other data stream of the first set of data streams. |

Exhibit C – Evidence of Use Regarding Infringement of U.S. Patent No. 7,668,258

| Claim 11 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  Scrambler<br>Encoder Parser<br>FEC encoder<br>FEC encoder<br>Stream Parser<br>Interleaver<br>Constellation mapper<br>STBC<br>CSD<br>Spatial Mapping<br>IDFT<br>Insert GI and Window<br>Analog and RF<br>$N_{SS}$ Spatial Streams<br>$N_{STS}$ Space Time Streams<br>$N_{TX}$ Transmit Chains<br>NOTES<br>—There might be 1 or 2 FEC encoders when BCC encoding is used.<br>—The stream parser might have 1, 2, 3 or 4 outputs.<br>—When LDPC encoding is used, the interleavers are not used<br>—When STBC is used, the STBC block has more outputs than inputs.<br>—When spatial mapping is used, there might be more transmit chains than space time streams.<br>—The number of inputs to the spatial mapper might be 1, 2, 3, or 4. **Figure 20-3—Transmitter block diagram 2** (Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1685) |

49

Page |C-49

| Claim 11 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | p) Map each of the complex numbers in each of the $N_{ST}$ subcarriers in each of the OFDM symbols in each of the $N_{STS}$ space-time streams to the $N_{TX}$ transmit chain inputs. For direct-mapped operation, $N_{TX} = N_{STS}$, and there is a one-to-one correspondence between space-time streams and transmit chains. In this case, the OFDM symbols associated with each space-time stream are also associated with the corresponding transmit chain. Otherwise, a spatial mapping matrix associated with each OFDM subcarrier, as indicated by the EXPANSION_MAT parameter of the TXVECTOR, is used to perform a linear transformation on the vector of $N_{STS}$ complex numbers associated with each subcarrier in each OFDM symbol. This spatial mapping matrix maps the vector of $N_{STS}$ complex numbers in each subcarrier into a vector of $N_{TX}$ complex numbers in each subcarrier. The sequence of $N_{ST}$ complex numbers associated with each transmit chain (where each of the $N_{ST}$ complex numbers is taken from the same position in the $N_{TX}$ vector of complex numbers across the $N_{ST}$ subcarriers associated with an OFDM symbol) constitutes an OFDM symbol associated with the corresponding transmit chain. For details, see 20.3.11.11. Spatial mapping matrices may include cyclic shifts, as described in 20.3.11.11.2.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1687) |