# **EXHIBIT D**

Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| 1. A method, comprising | Defendant Lucid Group, Inc. ("Lucid" or "Defendant"), uses, tests, sells, offers for sale, and/or imports 802.11n system that perform a method.<br><br>Lucid Motors 802.11n Wi-Fi compatible devices, including, but not limited to, **Lucid Gravity Touring, Lucid Gravity Grand Touring**, **Lucid Air Pure, Lucid Air Touring, Lucid Air Grand Touring, Lucid Air Sapphire**, **Lucid Connected Home Charging Station - NA (J1772/NACS), Lucid Connected Home Charging Station, LTE - NA (J1772/NACS) and Lucid Telematics control unit P11-K290G0-01** etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), directs or controls its agents, affiliates, and/or customers to use a system claimed in claim 1.<br><br>For example, the **Lucid Gravity** incorporates 802.11n Wi-Fi technology and performs operations consistent with the IEEE 802.11 wireless networking standards. Lucid Motors 802.11n compatible devices perform a method.<br><br>LUCID<br><br>Lucid Gravity Specs[7]<br>EPA EST. RANGE Up to 450 miles[2] · CHARGE TO 200 MI Under 11 mins[5] · PEAK POWER Up to 828 hp<br>DRAG COEFFICIENT 0.24 Cd · TOWING Up to 6,000 lbs[10] · SEATING Up to 7 adults[3]<br>WHEELS 20" – 23" · DRIVE TYPE AWD |

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  Overview<br>Space<br>Range & Charging<br>Performance<br>User Experience<br>Safety & Driver Assistance<br>Sustainability<br>Specs<br>Compare<br>Touring<br>AVAILABLE VEHICLES<br>Grand Touring<br>AVAILABLE VEHICLES<br>PRICE<br>Buy from $79,900<br>Buy from $94,900<br>2026<br>Gravity Grand Touring<br>$121,000<br>Lease $1,266 /mo<br>Available Now<br>SAN FRANCISCO BAY AREA, CA<br>EPA-EST. RANGE 437 mi<br>POWER 828 hp<br>CARGO SPACE 115 cu. ft./ 7 seats<br>Ojai Leather Interior Theme<br>20" Front / 21" Rear Voyager Onyx Grey Wheels<br>2026<br>Gravity Touring<br>$99,950<br>Lease $1,020 /mo<br>Available Now<br>SAN FRANCISCO BAY AREA, CA<br>EPA-EST. RANGE 337 mi<br>POWER 560 hp<br>CARGO SPACE 120 cu. ft./ 5 seats<br>Yosemite Purluxe Premium Interior Theme<br>20" Front / 21" Rear Voyager Onyx Grey Wheels (https://lucidmotors.com/gravity) (https://lucidmotors.com/available-vehicles?model=gravity) |

2

Page |D-2



Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | Lucid Gravity Owners Manual North America<br><br>Antenna Information: |

| Ant. | Brand | Model Name | Antenna Type | Connector |
|---|---|---|---|---|
| 1 | NMBTC | P21-J29200-01 | FPC | FARKA |
| 2 | NMBTC | P21-J29300-01 | FPC | FARKA |
| 3 | NMBTC | P21-J40000-01 | FPC | FARKA |
| 4 | NMBTC | P21-J40100-01 | FPC | FARKA |

3

Page |D-3

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | |

| Ant. | Port | 2.4G Gain (dBi) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2400 | 2420 | 2440 | 2460 | 2480 | 2500 | Remark (Note.1) |
| 1 | 1 | 2.16 | 2.16 | 2.16 | 2.16 | 2.16 | 2.16 | w/o cable |
| | | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 | 0.36 | with cable |

| Ant. | Port | 5G Gain (dBi) | | | | |
|---|---|---|---|---|---|---|
| | | 5150 | 5250 | 5750 | 5850 | Remark (Note. 2) |
| 1 | 1 | 2.87 | 2.87 | 2.64 | 2.64 | w/o cable |
| | | 0.67 | 0.67 | 0.34 | 0.34 | with cable |

Note 1: WLAN 2.4G cable loss = 1.8 dB.

Note 2: WLAN 5GHz Band 1 cable loss = 2.2 dB, and 5GHz Band 4 cable loss = 2.3 dB.

Note 3: WWAN cable loss = 1.4 dB (LTE Band 12, LTE Band 13)

WWAN cable loss = 1.5 dB (GSM 850, FDD V, LTE Band 5)

WWAN cable loss = 1.7 dB (PCS 1900, FDD II, FDD IV, LTE Band 2, LTE Band 4/66)

WWAN cable loss = 1.8 dB (LTE Band 7)

Note 4: The EUT has four TX antennas.

For 2.4GHz function:

For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)

Ant. 1 (port 1) could transmit/receive.

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | Support diversity function and pre-tested on each single chain, the worst case was Ant. 2 (port 2) and it was recorded in this report.<br><br>For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br><br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br><br>For WWAN 2G function (1TX/1RX):<br><br>Ant. 3 (port 1) could transmit/receive.<br><br>For WWAN 3G/ 4G function (1TX/2RX):<br><br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br><br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 1, 323, 324 & 325)<br><br>**Component: Unified Cockpit Controller**<br><br>- Manufacturer: Lucid USA, Inc.<br>- Model: P21-K2C000<br>- Operating Frequency: 2.402-2.480 GHz,<br>5.150 GHz - 5.25 GHz,<br>5.725 GHz - 5.85 GHz<br>- FCC ID: 2AXZJ-K2B100<br>IC: 27970-K2B100 |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **FCC and ISED Notes: Unified Cockpit Controller – Lucid USA, Inc**<br><br>Model: P21-K2C000<br><br>FCC ID: 2AXZJ-K2B100<br><br>IC: 27970-K2B100<br><br>FCC Interference Statement<br><br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 312 & 325)<br><br>**FCC/IC Test Report**<br><br>**For:**<br>Lucid USA, Inc.<br><br>**Host Model:** P21-K2C000<br>**Module Model:** JODY-W354-00A<br><br>**Host Product Description:**<br>UCC (Unified Cockpit Controller)<br><br>**FCC ID:** 2AXZJ-K2B100<br>**IC:** 27970-K2B100<br><br>**Applied Rules and Standards:**<br>47 CFR Part 15.407 (UNII-1) & 5 GHz (UNII-3)<br>RSS-247 Issue 3 (DTSs) & (LE-LAN), and RSS-Gen Issue 5<br><br>**REPORT #:** EMC_LUCID_019_24001_15_407<br><br>**DATE:** 2024-09-30 |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|

3 Equipment Under Test (EUT)

3.1 EUT Specifications

| Host Model No | P21-K2C000 | |
|---|---|---|
| HW Version | 01 | |
| SW Version | 491 | |
| Contains FCC ID : | 2AXZJ-K2B100 | |
| Contains IC: | 27970-K2B100 | |
| Product Description | UCC (Unified Cockpit Controller) | |
| Radio Module | **Wi-Fi & Bluetooth Modules**<br>**Model Name** : Ublox<br>**Model Number** : JODY-W354-00A<br>**Wireless Technologies**<br>**Wi-Fi 5GHz** : 802.11 a/g/n/ac<br>**Bluetooth** : BDR/DER, BLE | |
| Frequency Range, # of channels | Frequency Range (MHz) | Channel Number |
| | 5150-5250 | 36-48 [4] |
| | 5725-5850 | 149-165 [5] |
| Modes of Operation | WiFi 802.11a/b/g/n/ac | |
| Antenna Gain as declared | 2.5 dBi | |
| Max. Peak Output Power | 5GHz WLAN UNII-1 : +18.0dBm<br>5GHz WLAN UNII-3 : +16.8dBm | |
| Rated Operating Voltage Range | 9V to 16V DC | |
| Operating Temperature Range | -40 °C to 85 °C | |

7

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|

**5 Measurement Results Summary**

| Test Specification | Test Case | Temperature and Voltage Conditions | Mode | Pass | NA | NP | Result |
|---|---|---|---|---|---|---|---|
| §15.407(e) | Emission Bandwidth | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 5 |
| §15.407(a) | Power Spectral Density | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 5 |
| §15.407(a) | Maximum Output Power | Nominal | 802.11a/n/ac/ax | ■ | ☐ | ☐ | See Note 3,4 |
| §15.407; 15.205 | Band Edge Compliance | Nominal | 802.11a/n/ac/ax | ☐ | ☐ | ■ | See Note 6 |
| §15.407(b); §15.209; 15.205 | Radiated TX Spurious Emissions | Nominal | 802.11a/n/ac/ax | ■ | ☐ | ☐ | Complies |
| §15.207(a) | AC Conducted Emissions | Nominal | 802.11a/n/ac/ax | ☐ | ■ | ☐ | See Note 2 |

(https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-5GWLAN-7742753.pdf p. 1, 5 & 7)

**Component: Telematics Control Unit**

- Manufacturer: Lucid USA, Inc.
- Model: P11-K290G0-02
- Operating Frequency: 1850~1910MHz, 1710~1755MHz, 824~849MHz, 2500~2570MHz, 699~716MHz, 777~787MHz, 1850~1910MHz, 1710~1755MHz, 824~849MHz, 824.2~849.2MHz, 850.2~1909.8MHz,2400MHz ~ 2483.5MHz, 5150MHz ~ 5250MHz, 5725MHz ~ 5850MHz
- FCC ID: 2AXZJ-CTX0710W3

IC: 27970-CTX0710W3

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | WiFi 2.4G (2400MHz ~ 2483.5MHz) ≤ 30 dBm / 1000 mW,<br>WiFi 5G (5725MHz ~ 5850MHz) ≤30 dBm / 1000 mW,<br>FCC:<br>WiFi 5G (5150MHz ~ 5250MHz) ≤ 30 dBm / 1000 mW,<br>IC :<br>WiFi 5G (5150MHz ~ 5250MHz) ≤ 14.7 dBm / 29.51 mW E.I.R.P<br>(https://lucidmotors.com/media/document/Lucid-Gravity-Owners-Manual_en-US.pdf p. 313 & 314)<br><br>**FCC Radio Test Report**<br><br>**FCC ID : 2AXZJ-CTX0710W3**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K290G0-02**<br>**Applicant : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407** |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see below) |

**1 General Description**

**1.1 Information**

**1.1.1 RF General Information**

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20), | 5180-5240 | 36-48 [4] |
| 5725-5850 | ax (HEW20) | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40), | 5190-5230 | 38-46 [2] |
| 5725-5850 | ax (HEW40) | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80), ax (HEW80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 1TX(Port 2) |
| 5.725-5.85GHz | 802.11a | 20 | 1TX(Port 2) |
| 5.15-5.25GHz | 802.11ax HEW20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ax HEW40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ax HEW80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ax HEW80 | 80 | 2TX |

**For 2.4GHz function:**
For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)
Ant. 1 (port 1) could transmit/receive.
**For 5GHz function:**
For IEEE 802.11 a mode (1TX/1RX)
Support diversity function and pre-tested on each single chain, the worst case was Ant. 2(port 2) and it was recored in this test report.
For IEEE 802.11 n/ac/ax mode (2TX/2RX)
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.

(https://fcc.report/FCC-ID/2AXZJ-CTX0710W3/6518841.pdf p. 1, 5 & 7)

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| |  |

Lucid Air Pure Named to Car and Driver's 10Best list for the Third Straight Year
Experience a superior long range electric sedan. Buy from $70,900
DEMO DRIVE
ORDER
EPA EST. RANGE UP TO 512 mi varies by trim
CHARGE TO 200 MILES 12 min varies by trim
MAX POWER 1,234 hp varies by trim
0 - 60 MPH 1.89 sec varies by trim
Overview Interior Charging Connectivity Safety Accessories Specs Compare
DEMO DRIVE
ORDER
Pure
ORDER
EXPLORE
Touring
ORDER
EXPLORE
Grand Touring
ORDER
EXPLORE
Sapphire
DESIGN YOURS
EXPLORE
PRICE
Buy from $70,900
Buy from $79,900
Buy from $114,900
Fully Equipped at $249,000
MODEL YEAR
2026
2026
2026
2026

11

Page |D-11



Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/air)  LUCID<br>Lucid Air<br>Owners Manual<br>North America **Component: Center Console Controller**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K2B000<br>- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz<br>- FCC ID/ISED ID 2AXZJ-K2B000/IC: 27970-K2B000<br>(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 1 & 298) |

12

Page |D-12

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **FCC / ISED Test Report**<br>**FOR:**<br>Lucid USA, Inc.<br>Model Name:<br>P11-K2B000<br>Product Description:<br>Center Console Controller (CCC)<br>FCC ID: 2AXZJ-K2B000<br>Applied Rules and Standards:<br>47 CFR Part 15.407 (NII) & 5 GHz (UNII)<br>REPORT #: EMC_LUCID-004-21001_15.407_Rev1<br>DATE: 2021-08-16 |

13

Page |D-13

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3 Equipment Under Test (EUT)<br><br>3.1 EUT Specifications<br><br>(see table below)<br><br>3.5 Justification for Worst Case Mode of Operation<br><br>During the testing process, the EUT was tested with transmitter sets on low, mid and high channels, and highest power in 802.11n mode. For radiated measurements, all data in this report shows the worst case between horizontal and vertical antenna polarizations.<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-EMC-LUCID-004-21001-15-407-Rev1-and-simultaneous-WLAN-5G-and-5433708.pdf p. 1, 5 & 6) |

| Model No: | P11-K2B000 | |
|---|---|---|
| HW Version : | 01 | |
| SW Version : | 01 | |
| FCC-ID : | 2AXZJ-K2B000 | |
| Product Description: | Center Console Controller (CCC) | |
| Radio Module: | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 | |
| Frequency Range / number of channels: | Frequency Range (MHz) | Channel Number |
| | 5150-5250 | 36-48 [4] |
| | 5250-5350 | 52-64 [4] |
| | 5470-5725 | 100-140 [11] |
| | 5725-5850 | 149-165 [5] |
| Modes of Operation | 802.11a/ac | |
| Type(s) of Modulation: | BPSK / QPSK / QAM | |

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  Model: JODY-W164-03A<br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164<br>01<br>20/08<br>blox<br>(https://fccid.io/2AXZJ-K2B000/Internal-Photos/Internal-Photos-shields-removed-5433701.pdf p. 6)<br><br>FCC Measurement/Technical Report on<br><br>WLAN and Bluetooth module<br>JODY-W164-03A<br><br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164 |

15

Page |D-15

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | 3.1 GENERAL EUT DESCRIPTION |

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |
| Declared EUT data by the supplier | |
| Voltage Type | DC |
| Voltage Level | 3.3 V |
| Tested Modulation Type | WLAN: Mode a: OFDM Modulation, 6Mbps<br>Mode n: OFDM Modulation, MCS 0 (20 / 40 MHz)<br>Mode ac: OFDM Modulation, MCS 0 (20 / 40 / 80 MHz) |
| Specific product description | The JODY-W1 is a compact automotive grade module that provides Wi-Fi, Bluetooth, and Bluetooth low energy communication.<br>The JODY-W164-03A module can be operated in the following modes:<br>Wi-Fi 2x2 MIMO 802.11n/ac in the 5 GHz band<br>Wi-Fi 1x1 802.11ac in 2.4 / 5 GHz real simultaneous dual band<br>Dual-mode Bluetooth v4.2, can be operated fully simultaneous with both the Wi-Fi modes<br>It is equipped with two antenna pins connected to two SMA antenna connectors on the evaluation board.<br>Maximum supported band width in 2.4 GHz WLAN mode: 20 MHz, 5 GHz WLAN mode: 80 MHz |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-MDE-UBLOX-1701-FCCb-1-5433709.pdf p. 1 & 15)

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Component: Telematics Control Unit**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K290G0<br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>- FCC ID/ISED ID: 2AXZJ-CTX0700/IC: 27970-CTX0700<br>- Maximum Transmit Power: LTE Band 12:699.7-715.3MHz: 204.6mW / 23.11dBm 700.5-714.5MHz: 171.4mW / 22.34dBm704.0-711.0MHz: 194.1mW / 22.88dBm779.5-784.5MHz: 214.3mW / 23.31dBmLTE Band 13:782.0-782.0MHz: 255.9mW / 24.08dBmGSM 850:824.2-848.8MHz: 1014.0mW / 30.06dBmLTE Band 5:824.7-848.3MHz: 202.3mW / 23.06dBmWCDMA Band V:826.4-846.6MHz: 263.0mW / 24.199dBm829.0-844.0MHz: 191.0mW / 22.81dBmPCS 1900:1850.2-1909.8MHz 615.0mW / 27.89dBmLTE Band 2:1850.7-1909.3MHz: 129.4mW / 21.12dBm1851.5-1908.5MHz: 152.4mW / 21.83dBm1860.0-1900.0MHz: 138.0mW / 21.40dBmLTE Band 41710.7-1754.3MHz: 142.6 mW / 21.54dBm1715.0-1750.0MHz: 117.5 mW / 20.70dBm1720.0-1745.0MHz: 127.6 mW / 21.06dBmWCDMA Band IV:1712.4-1752.6MHz: 184.1mW / 22.65dBmWCDMAd Band II:1852.4-1907.6MHz: 164.4mW / 22.16dBmLTE Band 7:2505.0-2565.0MHz: 50.5mW / 17.033dBm2510.0-2560.0MHz: 47.5mW / 16.77dBmWiFi/BT2412.0-2462.0MHz: 194.5mW / 22.89dBm5180.0-5240.0MHz 26.1mW / 14.17dBm5745.0-5825.0MHz 67.6mW / 18.30dBm<br>(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 300) |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Radio Exposure Evaluation Report**<br><br>**FCC ID : 2AXZJ-CTX0700**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K29000**<br>**Applicant : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560**<br>**Standard : 47 CFR Part 2.1091**<br><br>**1 General Description**<br>**1.1 EUT General Information**<br><br>**RF General Information**<br>(see table below)<br><br>**For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0700/RF-Exposure-Info/MPE-Report-5050672.pdf p. 1, 5 & 7) |

**RF General Information**

| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
|---|---|---|---|
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250<br>5725-5850 | 5180-5240<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM) |

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | **FCC Test Report**<br><br>**FCC ID : 2AXZJ-CTX0700**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K29000**<br>**Applicant : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407**<br><br>**1 General Description**<br>**1.1 Information**<br>**1.1.1 RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

<table>
<tr><th>Claim 1</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td></td><td>
For 2.4GHz function:<br>
For IEEE 802.11 b/g/n mode (1TX/1RX)<br>
Ant. 1 (port 1) could transmit/receive.<br>
For 5GHz function:<br>
For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>
For WWAN function (1TX/2RX):<br>
Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>
(https://fccid.io/2AXZJ-CTX0700/Test-Report/Test-Report-5G-5050666.pdf p. 1, 5 & 7)<br>
<br>
Component: Telematics Control Unit<br>
<br>
- Manufacturer: Lucid USA, Inc.<br>
<br>
- Model: P11-K290G0<br>
<br>
- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br>
<br>
- FCC ID/ISED ID: 2AXZJ-CTX0710/IC: 27970-CTX0710<br>
<br>
- Maximum Transmit Power: LTE Band 12701.5-713.5 MHz: 216.0 mW / 23.34dBm704.0-711.0 MHz: 258.0 mW / 24.12dBmLTE Band 13782.0-782.0 MHz: 308.0 mW / 24.89dBmGSM 850:824.2-848.8 MHz: 2793.0 mW / 34.46dBmLTE Band 5:825.5-847.5 MHz: 376.7 mW / 25.76dBm829.0-844.0 MHz: 441.6 mW / 26.45dBmWCDMA Band V:826.4-846.6 MHz: 284.0 mW / 24.53dBmPCS 1900:1850.2-1909.8MHz: 873.0 mW / 29.41dBmWCDMAd Band II:1852.4-1907.6 MHz: 182.0 mW / 22.6dBmLTE Band 2:1857.5-1902.5 MHz: 165.2 mW / 22.18dBm1860.0-1900.0 MHz: 200.9 mW / 23.03dBmLTE Band 41711.5-1753.5 MHz: 176.2 mW / 22.46dBm1715.0-1750.0 MHz: 212.3 mW / 23.27dBm1720.0-1745.0 MHz: 194.1 mW / 22.88dBmWCDMA Band IV:1712.4-1752.6 MHz: 174.0 mW / 22.41dBmLTE Band 661717.5-1772.5 MHz: 151.0 mW / 21.79dBm1720.0-1770.0 MHz: 182.0 mW / 22.6dBmLTE Band 7:2510.0-2560.0 MHz: 68.0 mW / 18.33dBmWiFi/ BT2412.0-2462.0 MHz: 91.2 mW / 19.6dBm5210.0-5210.0 MHz: 15.0 mW / 11.76dBm5745.0-5825.0 MHz: 39.5 mW / 15.97dBm<br>
(https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf p. 300)
</td></tr>
</table>

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see report below) |

# FCC Radio Test Report

FCC ID : 2AXZJ-CTX0710
Equipment : Telematics Control Unit
Brand Name : Lucid USA, Inc
Model Name : P11-K290G0
Applicant : Lucid USA, Inc
Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560
Manufacturer : Lucid USA, Inc
Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560
Standard : 47 CFR FCC Part 15.407

## 1 General Description

### 1.1 Information

#### 1.1.1 RF General Information

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 2TX |
| 5.725-5.85GHz | 802.11a | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT80 | 80 | 2TX |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br><br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0710/Test-Report/TR-5G-5314687.pdf p. 1, 5, 6 & 7)<br><br>LUCID<br>Lucid Air Sapphire<br>Owners Manual<br>North America<br><br>**Component:** **Center Console Controller**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P11-K2B000<br>- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz<br>- FCC ID/ISED ID 2AXZJ-K2B000 IC: 27970-K2B000<br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 1 & 297) |

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC / ISED Test Report**<br>**FOR:**<br>Lucid USA, Inc.<br>Model Name:<br>P11-K2B000<br>Product Description:<br>Center Console Controller (CCC)<br>FCC ID: 2AXZJ-K2B000<br>Applied Rules and Standards:<br>47 CFR Part 15.407 (NII) & 5 GHz (UNII)<br>REPORT #: EMC_LUCID-004-21001_15.407_Rev1<br>DATE: 2021-08-16 |

23

Page |D-23

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | (see below) |

3 Equipment Under Test (EUT)

3.1 EUT Specifications

| Model No: | P11-K2B000 | |
|---|---|---|
| HW Version : | 01 | |
| SW Version : | 01 | |
| FCC-ID : | 2AXZJ-K2B000 | |
| Product Description: | Center Console Controller (CCC) | |
| Radio Module: | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 | |
| Frequency Range / number of channels: | Frequency Range (MHz) | Channel Number |
| | 5150-5250 | 36-48 [4] |
| | 5250-5350 | 52-64 [4] |
| | 5470-5725 | 100-140 [11] |
| | 5725-5850 | 149-165 [5] |
| Modes of Operation | 802.11a/ac | |
| Type(s) of Modulation: | BPSK / QPSK / QAM | |

3.5 Justification for Worst Case Mode of Operation

During the testing process, the EUT was tested with transmitter sets on low, mid and high channels, and highest power in 802.11n mode. For radiated measurements, all data in this report shows the worst case between horizontal and vertical antenna polarizations.

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-EMC-LUCID-004-21001-15-407-Rev1-and-simultaneous-WLAN-5G-and-5433708.pdf p. 1, 5 & 6)

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
| --- | --- |
| | <br>Model: JODY-W164-03A<br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164<br>01<br>20/08<br>blox<br>(https://fccid.io/2AXZJ-K2B000/Internal-Photos/Internal-Photos-shields-removed-5433701.pdf p. 6)<br><br>FCC Measurement/Technical Report on<br><br>WLAN and Bluetooth module<br>JODY-W164-03A<br><br>FCC ID: XPYJODYW164<br>IC: 8595A-JODYW164 |

25

Page |D-25

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3.1 GENERAL EUT DESCRIPTION<br><br>Kind of Device product description: The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE)<br>Product name: JODY-W164-03A<br>Type: JODY-W164-03A<br>Declared EUT data by the supplier<br>Voltage Type: DC<br>Voltage Level: 3.3 V<br>Tested Modulation Type: WLAN: Mode a: OFDM Modulation, 6Mbps<br>Mode n: OFDM Modulation, MCS 0 (20 / 40 MHz)<br>Mode ac: OFDM Modulation, MCS 0 (20 / 40 / 80 MHz)<br>Specific product description: The JODY-W1 is a compact automotive grade module that provides Wi-Fi, Bluetooth, and Bluetooth low energy communication. The JODY-W164-03A module can be operated in the following modes:<br>Wi-Fi 2x2 MIMO 802.11n/ac in the 5 GHz band<br>Wi-Fi 1x1 802.11ac in 2.4 / 5 GHz real simultaneous dual band<br>Dual-mode Bluetooth v4.2, can be operated fully simultaneous with both the Wi-Fi modes<br>It is equipped with two antenna pins connected to two SMA antenna connectors on the evaluation board.<br>Maximum supported band width in 2.4 GHz WLAN mode: 20 MHz, 5 GHz WLAN mode: 80 MHz<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-5GWLAN-MDE-UBLOX-1701-FCCb-1-5433709.pdf p. 1 & 15) |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Component: Telematics Control Unit**<br><br>- Manufacturer: Lucid USA, Inc.<br><br>- Model: P11-K290G0<br><br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br><br>- FCC ID/ISED ID: 2AXZJ-CTX0700/IC: 27970-CTX0700<br><br>- Maximum Transmit Power: LTE Band 12:699.7-715.3MHz: 204.6mW / 23.11dBm 700.5-714.5MHz: 171.4mW / 22.34dBm704.0-711.0MHz: 194.1mW / 22.88dBm779.5-784.5MHz: 214.3mW / 23.31dBmLTE Band 13:782.0-782.0MHz: 255.9mW / 24.08dBmGSM 850:824.2-848.8MHz: 1014.0mW / 30.06dBmLTE Band 5:824.7-848.3MHz: 202.3mW / 23.06dBmWCDMA Band V:826.4-846.6MHz: 263.0mW / 24.199dBm829.0-844.0MHz: 191.0mW / 22.81dBmPCS 1900:1850.2-1909.8MHz 615.0mW / 27.89dBmLTE Band 2:1850.7-1909.3MHz: 129.4mW / 21.12dBm1851.5-1908.5MHz: 152.4mW / 21.83dBm1860.0-1900.0MHz: 138.0mW / 21.40dBmLTE Band 41710.7-1754.3MHz: 142.6 mW / 21.54dBm1715.0-1750.0MHz: 117.5 mW / 20.70dBm1720.0-1745.0MHz: 127.6 mW / 21.06dBmWCDMA Band IV:1712.4-1752.6MHz: 184.1mW / 22.65dBmWCDMAd Band II:1852.4-1907.6MHz: 164.4mW / 22.16dBmLTE Band 7:2505.0-2565.0MHz: 50.5mW / 17.033dBm2510.0-2560.0MHz: 47.5mW / 16.77dBmWiFi/BT2412.0-2462.0MHz: 194.5mW / 22.89dBm5180.0-5240.0MHz 26.1mW / 14.17dBm5745.0-5825.0MHz 67.6mW / 18.30dBm<br><br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 299) |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|

# Radio Exposure Evaluation Report

**FCC ID : 2AXZJ-CTX0700**
**Equipment : Telematics Control Unit**
**Brand Name : Lucid USA, Inc**
**Model Name : P11-K29000**
**Applicant : Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd,**
**Newark, California, United States, 94560**
**Manufacturer : Lucid USA, Inc**
**Lucid Motors, Inc 7373 Gateway Blvd,**
**Newark, California, United States, 94560**
**Standard : 47 CFR Part 2.1091**

## 1 General Description

### 1.1 EUT General Information

| RF General Information | | | |
|---|---|---|---|
| Evaluation Mode | Frequency Range (MHz) | Operating Frequency (MHz) | Modulation Type |
| 2.4GHz WLAN | 2400-2483.5 | 2412-2462 | 802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM) |
| 5GHz WLAN | 5150-5250<br>5725-5850 | 5180-5240<br>5745-5825 | 802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM) |

**For 2.4GHz function:**
For IEEE 802.11 b/g/n mode (1TX/1RX)
Ant. 1 (port 1) could transmit/receive.
**For 5GHz function:**
For IEEE 802.11 a/n ac mode (2TX/2RX)
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.
**For WWAN function (1TX/2RX):**
Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.

(https://fccid.io/2AXZJ-CTX0700/RF-Exposure-Info/MPE-Report-5050672.pdf p. 1, 5 & 7)

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC Test Report**<br><br>**FCC ID : 2AXZJ-CTX0700**<br>**Equipment : Telematics Control Unit**<br>**Brand Name : Lucid USA, Inc**<br>**Model Name : P11-K29000**<br>**Applicant : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Manufacturer : Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>**Standard : 47 CFR FCC Part 15.407**<br><br>**1 General Description**<br>**1.1 Information**<br>**1.1.1 RF General Information** |

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0700/Test-Report/Test-Report-5G-5050666.pdf p. 1, 5 & 7)<br><br>**Component: Telematics Control Unit**<br><br>- Manufacturer: Lucid USA, Inc.<br><br>- Model: P11-K290G0<br><br>- Operating Frequency: 2412.0-2462.0 MHz, 2502.5-2567.5 MHz, 5180.0-5240.0 MHz, 5745.0-5825.0 MHz, 699.7-715.3 MHz, 779.5-784.5 MHz, 824.2-848.8 MHz, 1710.7-1754.3 MHz, 1850.2-1909.8 MHz<br><br>- FCC ID/ISED ID: 2AXZJ-CTX0710/IC: 27970-CTX0710<br><br>- Maximum Transmit Power: LTE Band 12701.5-713.5 MHz: 216.0 mW / 23.34dBm704.0-711.0 MHz: 258.0 mW / 24.12dBmLTE Band 13782.0-782.0 MHz: 308.0 mW / 24.89dBmGSM 850:824.2-848.8 MHz: 2793.0 mW / 34.46dBmLTE Band 5:825.5-847.5 MHz: 376.7 mW / 25.76dBm829.0-844.0 MHz: 441.6 mW / 26.45dBmWCDMA Band V:826.4-846.6 MHz: 284.0 mW / 24.53dBmPCS 1900:1850.2-1909.8MHz: 873.0 mW / 29.41dBmWCDMAd Band II:1852.4-1907.6 MHz: 182.0 mW / 22.6dBmLTE Band 2:1857.5-1902.5 MHz: 165.2 mW / 22.18dBm1860.0-1900.0 MHz: 200.9 mW / 23.03dBmLTE Band 41711.5-1753.5 MHz: 176.2 mW / 22.46dBm1715.0-1750.0 MHz: 212.3 mW / 23.27dBm1720.0-1745.0 MHz: 194.1 mW / 22.88dBmWCDMA Band IV:1712.4-1752.6 MHz: 174.0 mW / 22.41dBmLTE Band 661717.5-1772.5 MHz: 151.0 mW / 21.79dBm1720.0-1770.0 MHz: 182.0 mW / 22.6dBmLTE Band 7:2510.0-2560.0 MHz: 68.0 mW / 18.33dBmWiFi/ BT2412.0-2462.0 MHz: 91.2 mW / 19.6dBm5210.0-5210.0 MHz: 15.0 mW / 11.76dBm5745.0-5825.0 MHz: 39.5 mW / 15.97dBm<br>(https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf p. 299) |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (see FCC Radio Test Report excerpt below) |

# FCC Radio Test Report

| | | |
|---|---|---|
| FCC ID | : | 2AXZJ-CTX0710 |
| Equipment | : | Telematics Control Unit |
| Brand Name | : | Lucid USA, Inc |
| Model Name | : | P11-K290G0 |
| Applicant | : | Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560 |
| Manufacturer | : | Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd, Newark, California, United States, 94560 |
| Standard | : | 47 CFR FCC Part 15.407 |

## 1 General Description

### 1.1 Information

#### 1.1.1 RF General Information

| Frequency Range (MHz) | IEEE Std. 802.11 | Ch. Frequency (MHz) | Channel Number |
|---|---|---|---|
| 5150-5250 | a, n (HT20), ac (VHT20) | 5180-5240 | 36-48 [4] |
| 5725-5850 | | 5745-5825 | 149-165 [5] |
| 5150-5250 | n (HT40), ac (VHT40) | 5190-5230 | 38-46 [2] |
| 5725-5850 | | 5755-5795 | 151-159 [2] |
| 5150-5250 | ac (VHT80) | 5210 | 42 [1] |
| 5725-5850 | | 5775 | 155 [1] |

| Band | Mode | BWch (MHz) | Nant |
|---|---|---|---|
| 5.15-5.25GHz | 802.11a | 20 | 2TX |
| 5.725-5.85GHz | 802.11a | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT20 | 20 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT40 | 40 | 2TX |
| 5.15-5.25GHz | 802.11ac VHT80 | 80 | 2TX |
| 5.725-5.85GHz | 802.11ac VHT80 | 80 | 2TX |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **For 2.4GHz function:**<br>For IEEE 802.11 b/g/n mode (1TX/1RX)<br>Ant. 1 (port 1) could transmit/receive.<br><br>**For 5GHz function:**<br>For IEEE 802.11 a/n/ac mode (2TX/2RX)<br>Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.<br>**For WWAN function (1TX/2RX):**<br>Ant. 3 (port 1) could transmit, and Ant. 3 (port 1) and Ant. 4 (port 2) could receive simultaneously.<br>(https://fccid.io/2AXZJ-CTX0710/Test-Report/TR-5G-5314687.pdf, p. 1, 5, 6 & 7)<br><br>Connected Home Charging Station - NACS<br>$1,200.00<br>ADD TO BAG<br><br>(https://store.lucidmotors.com/connected-home-charging-station-nacs/) |

Exhibit D – Evidence of Use Regarding Infringement of U.S. Patent No. 7,822,141

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | LUCID<br>Lucid Connected Home Charging Station Guide<br>North America<br>Version 2025.29.2 US English<br><br>Product Overview<br><br>**Package Contents**<br>The box should consist of the following components:<br>Item / Description / Qty / Remark<br>1 / Lucid Connected Home Charging Station (J1772 / NACS) OR Lucid Connected Home Charging Station, LTE (J1772 / NACS) / 1 / Ensure that the variant in the box is accurate per the use type. LTE variant is only for commercial installations.<br><br>**NACS Lucid Connected Home Charging Station and Cable**<br>LUCID<br><br>**Ethernet Grommet** |

33

Page |D-33

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|

## Product Specifications

| Item | Lucid Connected Home Charging Station, NA (J1772 / NACS) | Lucid Connected Home Charging Station, LTE, NA (J1772 / NACS) |
|---|---|---|
| Application | Residential | Commercial |
| Voltage | 208 - 240VAC, Single Phase | 208 - 240VAC, Single Phase |
| Frequency | 60Hz | 60Hz |
| Current | Adjustable up to 80A<br><br>(see **Set Operating Current** on page 14 | Adjustable up to 80A<br><br>(see **Set Operating Current** on page 14 |
| Charging Connector | SAE J1772, Type 1 / NACS | SAE J1772, Type 1 / NACS |
| Cable Length | 24 ' | 15 ' |
| Battery Holder | Battery holder for 3x AA batteries (if batteries are not installed, please refrain from installing the batteries yourself) | |
| Wi-Fi | 802.11 b/g/n | 802.11 b/g/n |
| Ethernet | Yes | Yes |
| Cellular | N/A | M2M connection (LTE CAT.M1 / CAT.NBIoT) |

(https://store.lucidmotors.com/content/ACC_Lucid-Connected-Home-Charging-Station-Guide_NA_2025.29.2.pdf p. 1, 8 & 9)

<table>
<tr><th>Claim 1</th><th>Lucid Group, Inc. ("Lucid")</th></tr>
<tr><td></td><td>

TCU User Manual

TCU (Telematics Control Unit) **P11-K290G0-02** is manufactured by **ASKEY Corp**. for **Lucid USA, Inc** (aka Lucid Motors) and provides wireless connectivity to LTE/UMTS and Wi-Fi networks for vehicle's Infotainment and Telematics systems. The device also provides location-based services and is capable to download OTA software updates for different functional units of the vehicle.

**For 2.4GHz function:**<br>
For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)<br>
Ant. 1 (port 1) could transmit/receive.

**For 5GHz function:**<br>
For IEEE 802.11 a mode (1TX/1RX)<br>
Support diversity function and pre-tested on each single chain, the worst case was Ant. 2 (port 2) and it was recorded in this report.<br>
For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br>
Ant. 1 (port 1) and Ant. 2 (port 2) could transmit/receive simultaneously.

(https://fcc.report/FCC-ID/2AXZJ-CTX0710W3/6518908.pdf p. 1 & 3)

**Radio Exposure Evaluation Report**

**FCC ID** : **2AXZJ-CTX0710W3**<br>
**Equipment** : **Telematics Control Unit**<br>
**Brand Name** : **Lucid USA, Inc**<br>
**Model Name** : **P11-K290G0-02**<br>
**Applicant** : **Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>
**Manufacturer** : **Lucid USA, Inc<br>Lucid Motors, Inc 7373 Gateway Blvd,<br>Newark, California, United States, 94560**<br>
**Standard** : **47 CFR FCC Part 2 Subpart J, section 2.1091**

</td></tr>
</table>

<table>
<tr><th>Claim 1</th><th>Lucid Group, Inc. (“Lucid”)</th></tr>
<tr><td></td><td>
1 General Description<br>
1.1 Information<br>
1.1.1 EUT General Information<br>
<table>
<tr><th colspan="4">RF General Information</th></tr>
<tr><th>Evaluation Mode</th><th>Frequency Range (MHz)</th><th>Operating Frequency (MHz)</th><th>Modulation Type</th></tr>
<tr><td>2.4GHz WLAN</td><td>2400-2483.5</td><td>2412-2462</td><td>802.11b: DSSS (DBPSK, DQPSK, CCK)<br>802.11g/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>VHT: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM)<br>802.11ax: OFDMA (BPSK, QPSK, 16QAM, 64QAM, 256QAM, 1024QAM)</td></tr>
<tr><td>5GHz WLAN</td><td>5150-5250<br>5725-5850</td><td>5180-5240<br>5745-5825</td><td>802.11a/n: OFDM (BPSK, QPSK, 16QAM, 64QAM)<br>802.11ac: OFDM (BPSK, QPSK, 16QAM, 64QAM, 256QAM)<br>802.11ax: OFDMA (BPSK, QPSK, 16QAM, 64QAM, 256QAM, 1024QAM)</td></tr>
</table>
For 2.4GHz function:<br>
For IEEE 802.11 b/g/n/VHT/ax mode (1TX/1RX)<br>
Ant. 1 (port 1) or Ant. 5 (port 1) could transmit/receive.<br>
For 5GHz function:<br>
For IEEE 802.11 a mode (1TX/1RX)<br>
Support diversity function and pre-tested on each single chain, the worst case was Ant. 2(port 2), Ant. 6(port 2) and it was recored in this test report.<br>
For IEEE 802.11 n/ac/ax mode (2TX/2RX)<br>
Ant. 1 (port 1), Ant. 2 (port 2) or Ant. 5 (port 1), Ant. 6 (port 2) could transmit/receive simultaneously.<br>
(https://fccid.io/2AXZJ-CTX0710W3/RF-Exposure-Info/RF-Exposure-MPE-7798904.pdf p. 1, 5 & 8)
</td></tr>
<tr><td>generating two or more forward weighted signals by weighting two or more input signals with initial transmitter weights Vi associated with two or more forward channels;</td><td>Lucid Motors 802.11n device performs the step of generating two or more forward weighted signals by weighting two or more input signals with initial transmitter weights Vi associated with two or more forward channels.<br><br>Lucid Motors 802.11n device generates two or more forward weight signals (e.g., transmit chains) by weighting two or more input signals (e.g., spatial streams) with initial transmitter weights Vi with two or more forward channels (e.g., a steering matrix Qk associated with the MIMO channels is applied).</td></tr>
</table>

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **20.3.12 Beamforming**<br><br>**20.3.12.1 General**<br><br>Beamforming is a technique in which the beamformer utilizes the knowledge of the MIMO channel to generate a steering matrix $Q_k$ that improves reception in the beamformee.<br><br>The equivalent complex baseband MIMO channel model is one in which, when a vector $\mathbf{x}_k = [x_1, x_2, \ldots x_{N_{TX}}]^T$ is transmitted in subcarrier $k$, the received vector $\mathbf{y}_k = [y_1, y_2, \ldots y_{N_{RX}}]^T$ is modeled as shown in Equation (20-62).<br><br>$\mathbf{y}_k = H_k \mathbf{x}_k + \mathbf{n}$ (20-62)<br><br>where<br>$H_k$ is channel matrix of dimensions $N_{RX} \times N_{TX}$<br>$\mathbf{n}$ is white (spatially and temporally) Gaussian noise as illustrated in Figure 20-14<br><br>When beamforming is used, the beamformer replaces $\mathbf{x}_k$, which in this case has $N_{STS} \leq N_{TX}$ elements, with $Q_k \mathbf{x}_k$, where $Q_k$ has $N_{TX}$ rows and $N_{STS}$ columns, so that the received vector is as shown in Equation (20-63).<br><br>$\mathbf{y}_k = H_k Q_k \mathbf{x}_k + \mathbf{n}$ (20-63)<br><br>The beamforming steering matrix that is computed (or updated) from a new channel measurement replaces the existing $Q_k$ for the next beamformed data transmission. There are several methods of beamforming, differing in the way the beamformer acquires the knowledge of the channel matrices $H_k$ and on whether the beamformer generates $Q_k$ or the beamformee provides feedback information for the beamformer to generate $Q_k$.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727) |
| transmitting the two or more forward weighted | Lucid Motors 802.11n device performs the step of transmitting the two or more forward weighted signals via two or more forward antennas. |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| signals via two or more forward antennas; | t) Up-convert the resulting complex baseband waveform associated with each transmit chain to an RF signal according to the center frequency of the desired channel and transmit. Refer to 20.3.7 for details. The transmit chains are connected to antenna elements according to ANTENNA_SET of the TXVECTOR if ASEL is applied.<br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1688) |
| receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse antennas corresponding to two or more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels; | Lucid Motors 802.11n device performs the step of receiving, at the two or more forward antennas, two or more reverse weighted signals transmitted via two or more reverse antennas corresponding to two or more reverse channels, the two or more reverse weighted signals formed from two or more reverse signals with receiver weights Ui associated with the two or more reverse channels.<br><br>Lucid Motors 802.11n device receives at the two or more forward antennas, two or more reverse weighted signals (e.g., beamforming feedback matrix) via two or more reverse antennas corresponding to two or more reverse channels, in which the two or more reverse weighted signals formed form two or more reverse signals (e.g., transmit chains on the receiver) with receiver weights Ui (e.g., included in the beamforming feedback matrix for each subcarrier) associated with the two or more reverse channels (e.g., the channel from the receiver to the transmitter). |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
| --- | --- |
| | **20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1730)<br><br>**20.3.12.3.5 Noncompressed beamforming feedback matrix**<br><br>In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| determining the receiver weights Ui associated with each of the two or more reverse weighted signals; | Lucid Motors 802.11n device performs the step of determining the receiver weights Ui associated with each of the two or more reverse weighted signals. |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | Lucid Motors 802.11n device determines the receiver weights Ui associated with each of the two or more reverse weighted signals (e.g., by decoding the beamforming feedback matrix).<br><br>The received matrix $V^q(k)$ (of a specific subcarrier $k$) shall be decoded as follows:<br>a) The real and imaginary parts of each element of the matrix, $V^{q,R}_{m,l}$ and $V^{q,I}_{m,l}$, shall be decoded as a pair of twos complement numbers to create the complex element, where $1 \le m \le N_r$ and $1 \le l \le N_c$.<br>b) The dimensions of the beamforming feedback matrices are $N_r \times N_c$, where $N_r$ and $N_c$ are the number of rows and columns, respectively, in the beamforming feedback matrix computed by the receiving station. Each matrix is encoded using $2 \times N_b \times N_r \times N_c$ bits. $N_b$ may have the value of 2, 4, 6, or 8 bits.<br>c) Columns $1 \ldots N_c$ of the beamforming feedback matrix correspond to spatial streams $1 \ldots N_c$, respectively. The mapping of spatial stream to modulation is defined in the MCS tables in 20.6. A transmitter shall not reorder the columns of the beamforming feedback matrices.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels; and | Lucid Motors 802.11n device performs the step of choosing updated transmitter weights Vi′ for the two or more forward channels based at least in part on the determined receiver weights Ui to provide a target level of gain for the two or more forward channels.<br><br>Lucid Motors 802.11n device chooses updated transmitter weights (e.g., for updating the steering matrix Qk) for the two or more forward channels based at least in part on the determined receiver weights Ui (e.g., from the beamforming feedback matrix) to provide a target level of gain (e.g., to achieve corrected amplitude and/or phase per tone) for the two or more forward channels. |

| Claim 1 | Lucid Group, Inc. (“Lucid”) |
|---|---|
| | **20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727)<br><br>**20.3.12.3.5 Noncompressed beamforming feedback matrix**<br><br>In noncompressed beamforming feedback matrix, the beamformee shall remove the space-time stream CSD in Table 20-10 from the measured channel before computing a set of matrices for feedback to the beamformer. The beamforming feedback matrices, $V(k)$, found by the beamformee are sent to the beamformer in the order of real and imaginary components per tone as specified in 8.4.1.28. The beamformer might use these matrices to determine the steering matrices, $Q_k$.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1732) |
| iteratively repeating the transmitting, receiving, determining, or combinations thereof, for | Lucid Motors 802.11n device performs the step of iteratively repeating the transmitting, receiving, determining, or combinations thereof, for subsequent transmissions using the two or more forward channels until the updated transmitter weights Vi′, the receiver weights Ui, or combinations thereof, are at target values. |

| Claim 1 | Lucid Group, Inc. ("Lucid") |
|---|---|
| subsequent transmissions using the two or more forward channels until the updated transmitter weights Vi′, the receiver weights Ui, or combinations thereof, are at target values. | Lucid Motors 802.11n device iteratively repeats the process for computing its steering matrix Qk and updating the steering matrix for subsequent transmissions using the two or more forward channels until the transmitter weight and/or receiver weights are at target values.<br><br>**20.3.12.3 Explicit feedback beamforming**<br><br>**20.3.12.3.1 General**<br><br>In explicit beamforming, in order for STA A to transmit a beamformed packet to STA B, STA B measures the channel matrices and sends STA A either the effective channel, $H_{eff,k}$, or the beamforming feedback matrix, $V_k$, for STA A to determine a steering matrix, $Q_{steer,k} = Q_k V_k$, with $V_k$ found from $H_k Q_k$, where $Q_k$ is the orthonormal spatial mapping matrix that was used to transmit the sounding packet that elicited the $V_k$ feedback. The effective channel, $H_{eff,k} = H_k Q_k$, is the product of the spatial mapping matrix used on transmit with the channel matrix. When new steering matrix $Q_{steer,k}$ is found, $Q_{steer,k}$ may replace $Q_k$ for the next beamformed data transmission.<br><br>NOTE—$Q_{steer,k}$ is a mathematical term to update a new steering matrix for $Q_k$ in the next beamformed data transmission.<br><br>(Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, 802.11-2012 (29 March 2012), p. 1727) |