Case 2:26-cv-00198   Document 1-5   Filed 03/12/26   Page 1 of 12 PageID #: 266

# **EXHIBIT E**

Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| 5. A wireless subscriber communication unit for use in acknowledging an allocation of resource in a wireless communication system employing transfer communication protocol (TCP) based data transfer between a network and the wireless subscriber communication unit, the wireless subscriber communication unit comprising: | Lucid Motors makes, uses, tests, sells, offers for sale, and/or imports 5G compatible devices such as Lucid Air etc., that provides a wireless subscriber communication unit for use in acknowledging an allocation of resource in a wireless communication system employing transfer communication protocol (TCP) based data transfer between a network and the wireless subscriber communication unit. Additionally, Lucid Live Studio, a 3D visualization platform plans to use 5G connectivity to enable prospective Lucid Air customer's to experience & customize their vehicle using NVIDIA's Cloud XR technology.<br><br>For example, the Lucid Air is a wireless subscriber communication unit for use in acknowledging an allocation of resource in a wireless communication system.<br><br><br><br>(https://lucidmotors.com/air) |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| | **Staff Architect, Connectivity**<br>🏢 Lucid Motors   📍 Phoenix, AZ, United States<br><br>**Leading the future in luxury electric and mobility**<br>At Lucid, we set out to introduce the most captivating, luxury electric vehicles that elevate the human experience and transcend the perceived limitations of space, performance, and intelligence. Vehicles that are intuitive, liberating, and designed for the future of mobility.<br>We plan to lead in this new era of luxury electric by returning to the fundamentals of great design – where every decision we make is in service of the individual and environment. Because when you are no longer bound by convention, you are free to define your own experience.<br>Come work alongside some of the most accomplished minds in the industry. Beyond providing competitive salaries, we're providing a community for innovators who want to make an immediate and significant impact. If you are driven to create a better, more sustainable future, then this is the right place for you.<br><br>**Overview**<br>Lucid Motors is seeking a forward-thinking Telematics & Connectivity Architect to lead the design and implementation of vehicle connectivity systems. This leadership role focuses on secure, scalable, and high-performance telematics architectures that enable seamless communication, OTA updates, and compliance with global standards within the Software-Defined Vehicle (SDV) ecosystem.<br><br>**You Bring:**<br>• 8+ years of experience in automotive telecommunications, telematics, or mobile connectivity systems.<br>• **Strong expertise in 5G,** LTE, Bluetooth, V2X, GNSS, and embedded communication gateways.<br>• Proven experience designing scalable OTA update frameworks and secure communication pathways.<br>• Knowledge of regulatory compliance for emergency call systems across EU and North America.<br><br>(https://www.climatechangecareers.com/job/lucid-motors/phoenix-az-united-states/staff-architect-connectivity/) |

2

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| | **Alex** — Active Member<br>Founding Member / Verified Owner / Supporting Member<br>Joined: Aug 18, 2020<br>Messages: 1,364<br>Reaction score: 1,126<br>Location: Tucson, AZ<br>Cars: LCID DER,GGT TSLA X,CT<br>Air DE Number: 153<br>Referral Code: 0M97RTIO<br><br>Apr 3, 2022   #4<br><br>**tuccur said:**<br>I would like to think so... would be silly to put LTE in there now... and what is Tesla going to do, almost all of their cars are LTE only... It also makes me wonder... I got a CPU upgrade for free about a year after I bought the car. Is Lucid going to have to update their CPU? Which is to ask, do the Dream Editions use the NVIDIA Drive platform? The announcement made it sound like Lucid will begin using the NVIDIA chip<br><br>I've been told that certainly the cars have 5G. I got this from Customer Service when I asked:<br><br>Thank you for reaching out to Lucid Customer Care with your questions regarding the LTE network used by your vehicle. The Lucid Air will utilize 5G when accessible, and will use 4G LTE during other times. 5G is still being rolled out across the nation and improving all the time, so expect 5G connectivity to continue to improve.<br><br>Since the Dream Edition and the GTs have Dream Drive Pro (DDP) capability, and the announcement mentioned that the the NVIDIA system was part of the DDP suite, then I would assume it has the NVIDIA system.<br><br>(https://lucidowners.com/threads/5g.907/)<br><br>Additionally, Lucid Live Studio, a 3D visualization platform plans to use 5G connectivity to enable prospective Lucid Air customer's to experience & customize their vehicle using NVIDIA's Cloud XR technology. |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| | **ZeroLight, AWS, and Lucid create a whole new way to buy cars**<br>by François de Bodinat \| on 15 JAN 2021 \| in Amazon EC2, Automotive, Industries \| Permalink \| 💬 Comments \| ↰ Share<br><br>**Taking the Air into the cloud**<br><br>One such manufacturer is Lucid Motors. As a new entrant to the market, it is free from the decades-old legacy infrastructure that slows down change for traditional OEMs. Thomas Orenz, Director of Interactive Digital Marketing at Lucid Motors, was the driving force of integrating this widely holistic digital approach into Lucid within an extremely short timeframe. This allowed Lucid to have a solution in hand for the launch of its new sedan, the Air, and allowed Lucid to create a system that would avoid the challenges above: the industry's first fully cloud-based retailing ecosystem.<br><br>Powered by our unique 3D visualization platform, Lucid's end-to-end solution makes no compromise between performance and scale. It uses AWS's cloud architecture – especially the EC2 G4 instances – to create a high-quality shopping experience that is smooth, responsive, and engaging for every customer everywhere, regardless of the device or operating system they are using.<br><br>By seamlessly integrating every touchpoint into one centralized platform, we have blurred the lines between online and in-store. The reason this is so important is that it enables customers to conduct their purchase on their own terms, giving them the control to tailor their experience to their own preferences.<br><br>Online, customers can customize and explore the Air on any device using our Palette and Palette+ configurators, which have been integrated into Lucid's state-of-the-art website. When they move in-store to one of Lucid's Studios, they can then use a 4K and a state-of-the-art VR configurator to finalize their choices. |

4

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| | **Getting closer to the customers** <br><br> Crucially, customers can choose when, how, and where they purchase their Air, because Lucid has become one of the first automotive brands to offer online sales. The result is a total revolution of the traditional linear buying journey: customers have the freedom to activate any touchpoint of Lucid's inter-connected retail ecosystem at any time. <br><br> This is supported by Lucid Live Studio, a shared configuration solution that digitally mirrors the luxury one-to-one Studio experience, enabling customers to enjoy it either online or in-store. Powered by our Concierge product, Lucid Live Studio uses the agility of Amazon EC2 G4 instances to create a luxury virtual sales session. A customer can interact with a digital model of the Air from the comfort of their home while a sales representative guides them through its key features and configuration options. Because this is all powered by the cloud, no screen sharing, downloads, or plugins are required. <br><br> Our integrated approach meant Lucid could further enhance the customer experience with advanced personalization where the right content is always delivered to the right person at the right time. If customers opt in, data from their interactions with the configurator are automatically tracked and integrated into Lucid's CRM systems. This is then used to tailor sales interactions and produce personalized visual content, including images, videos, and interactive customer pages. This visual content is created on demand using our cloud-based, content-production platform, SpotLight Suite, which is also leveraging the power of the AWS Cloud, and delivered to the customer via marketing automation systems, making hyper-personalization a standard feature in every Lucid Air purchase. <br><br> **What next?** <br><br> This is just the beginning for Lucid. The new base-model of the Air will soon be added to the configurator, along with the latest trim and accessory options. The technology involved itself is also continually evolving as the latest breakthroughs become available. The Studio VR experience, for instance, can also be moved into the cloud as well, as 5G will unlock the capability of NVIDIA's Cloud XR technology combined with AWS's G4 compute power. The impact of this would be significant, as streaming the content from the cloud would remove the need for high-end, space-consuming hardware at the point of use. <br><br> (https://aws.amazon.com/blogs/industries/zerolight-aws-and-lucid-create-a-whole-new-way-to-buy-cars/) |
| a receiver arranged to receive an allocation | Lucid Motors 5G Device comprises a receiver arranged to receive an allocation message and a TCP data segment. |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| message and a TCP data segment; | Lucid Motors 5G Device comprises a receiver arranged to receive an allocation message (e.g., value of a PDSCH-to-HARQ_feedback timing indicator field) and a TCP data segment (e.g. in a PDSCH reception).<br><br>9.1.2   Type-1 HARQ-ACK codebook determination<br><br>This clause applies if the UE is configured with *pdsch-HARQ-ACK-Codebook = semi-static*.<br><br>A UE reports HARQ-ACK information for a corresponding PDSCH reception or SPS PDSCH release only in a HARQ-ACK codebook that the UE transmits in a slot indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1. The UE reports NACK value(s) for HARQ-ACK information bit(s) in a HARQ-ACK codebook that the UE transmits in a slot not indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54)<br><br>Throughout this article, we provide a systematic study of end-to-end performance of TCP congestion protocols in mm-wave 5G mobile networks. TCP is the de facto transport protocol used by the majority of the applications such as HTTP, Skype, file transfer and email [10]. Our contribution<br><br>(P. J. Mateo, C. Fiandrino and J. Widmer, "Analysis of TCP Performance in 5G mm-Wave Mobile Networks," ICC 2019 - 2019 IEEE International Conference on Communications (ICC), Shanghai, China, 2019, pp. 1-7).<br><br>Lucid Motors 5G Device is configured with PhysicalCellGroupConfig parameters for cell-group L1 parameters (e.g., PHY layer parameters). One parameter is pdsch-HARQ-ACK-Codebook, which is configured as semiStatic or dynamic. |
| processing logic, operably coupled to the receiver and arranged to process the | Lucid Motors 5G Device comprises processing logic, operably coupled to the receiver and arranged to process the allocation message to identify an allocation of DL resources to receive the TCP data segment plus sufficient uplink (UL) resources to transfer a stand-alone acknowledgement (ACK) data segment, |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| allocation message to identify an allocation of DL resources to receive the TCP data segment plus sufficient uplink (UL) resources to transfer a stand-alone acknowledgement (ACK) data segment, where the allocation of UL resources to support transmission of the stand-alone ACK data segment is based on a count performed in the network of a predetermined number of data segments transmitted to the wireless subscriber communication unit; and | where the allocation of UL resources to support transmission of the stand-alone ACK data segment is based on a count performed in the network of a predetermined number of data segments transmitted to the wireless subscriber communication unit.<br><br>Lucid Motors 5G device comprises processing logic, operably coupled to the receiver and arranged to process the allocation message to identify an allocation of DL resources to receive the TCP data segment (e.g., DL BWP) plus sufficient uplink (UL) resources (e.g., occasions for which the UE can transmit corresponding HARQ-ACK information in a PUCCH in a slot) to transfer a stand-alone acknowledgement (ACK) data segment (e.g., HARQ-ACK).<br><br>9.1.2.1     Type-1 HARQ-ACK codebook in physical uplink control channel<br><br>For a serving cell $c$, an active DL BWP, and an active UL BWP, as described in Clause 12, the UE determines a set of $M_{A,c}$ occasions for candidate PDSCH receptions for which the UE can transmit corresponding HARQ-ACK information in a PUCCH in slot $n_U$. If serving cell $c$ is deactivated, the UE uses as the active DL BWP for determining the set of $M_{A,c}$ occasions for candidate PDSCH receptions a DL BWP provided by *firstActiveDownlinkBWP-Id*. The determination is based:<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 56)<br><br>**Release 16                                                54                              3GPP TS 38.213 V16.2.0 (2020-06)**<br><br>For a HARQ-ACK information bit, a UE generates a positive acknowledgement (ACK) if the UE detects a DCI format that provides a SPS PDSCH release or correctly decodes a transport block, and generates a negative acknowledgement (NACK) if the UE does not correctly decode the transport block. A HARQ-ACK information bit value of 0 represents a NACK while a HARQ-ACK information bit value of 1 represents an ACK.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54)<br><br>The allocation of UL resources to support transmission of the stand-alone ACK data segment is based on a count (e.g., maxCodeBlockGroupsPerTransportBlock) performed in the network of a predetermined number of data segments (e.g., code block groups) transmitted to the wireless subscriber unit. |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
|  | **9.1.1   CBG-based HARQ-ACK codebook determination**<br><br>If a UE is provided *PDSCH-CodeBlockGroupTransmission* for a serving cell, the UE receives a PDSCH scheduled by DCI format 1_1, that includes code block groups (CBGs) of a transport block. The UE is also provided *maxCodeBlockGroupsPerTransportBlock* indicating a maximum number $N_{HARQ-ACK}^{CBG/TB,max}$ of CBGs for generating respective HARQ-ACK information bits for a transport block reception for the serving cell.<br><br>For a number of $C$ code blocks (CBs) in a transport block, the UE determines a number of CBGs $M$ according to Clause 5.1.7.1 of [6, TS 38.214] and determines a number of HARQ-ACK bits for the transport block as $N_{HARQ-ACK}^{CBG/TB} = M$.<br><br>The UE generates an ACK for the HARQ-ACK information bit of a CBG if the UE correctly received all code blocks of the CBG and generates a NACK for the HARQ-ACK information bit of a CBG if the UE incorrectly received at least one code block of the CBG. If the UE receives two transport blocks, the UE concatenates the HARQ-ACK information bits for CBGs of the second transport block after the HARQ-ACK information bits for CBGs of the first transport block.<br><br>The HARQ-ACK codebook includes the $N_{HARQ-ACK}^{CBG/TB,max}$ HARQ-ACK information bits and, if $N_{HARQ-ACK}^{CBG/TB} < N_{HARQ-ACK}^{CBG/TB,max}$ for a transport block, the UE generates a NACK value for the last $N_{HARQ-ACK}^{CBG/TB,max} - N_{HARQ-ACK}^{CBG/TB}$ HARQ-ACK information bits for the transport block in the HARQ-ACK codebook.<br><br>If the UE generates a HARQ-ACK codebook in response to a retransmission of a transport block, corresponding to a same HARQ process as a previous transmission of the transport block, the UE generates an ACK for each CBG that the UE correctly decoded in a previous transmission of the transport block.<br><br>If a UE correctly detects each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs and does not correctly detect the transport block for the $N_{HARQ-ACK}^{CBG/TB}$ CBGs, the UE generates a NACK value for each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54) |
| a transmitter arranged to transmit the stand-alone ACK data segment in response to the message. | Lucid Motors 5G Device comprises a transmitter arranged to transmit the stand-alone ACK data segment in response to the message.<br><br>Lucid Motors 5G Device comprises a transmitter arranged to transmit the stand-alone ACK data segment (e.g., HARQ-ACK) in response to the message. |

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 5 | Lucid Motors |
|---|---|
| | **9.1.1 CBG-based HARQ-ACK codebook determination** <br><br> If a UE is provided *PDSCH-CodeBlockGroupTransmission* for a serving cell, the UE receives a PDSCH scheduled by DCI format 1_1, that includes code block groups (CBGs) of a transport block. The UE is also provided *maxCodeBlockGroupsPerTransportBlock* indicating a maximum number $N_{HARQ-ACK}^{CBG/TB,max}$ of CBGs for generating respective HARQ-ACK information bits for a transport block reception for the serving cell. <br><br> For a number of $C$ code blocks (CBs) in a transport block, the UE determines a number of CBGs $M$ according to Clause 5.1.7.1 of [6, TS 38.214] and determines a number of HARQ-ACK bits for the transport block as $N_{HARQ-ACK}^{CBG/TB} = M$. <br><br> The UE generates an ACK for the HARQ-ACK information bit of a CBG if the UE correctly received all code blocks of the CBG and generates a NACK for the HARQ-ACK information bit of a CBG if the UE incorrectly received at least one code block of the CBG. If the UE receives two transport blocks, the UE concatenates the HARQ-ACK information bits for CBGs of the second transport block after the HARQ-ACK information bits for CBGs of the first transport block. <br><br> The HARQ-ACK codebook includes the $N_{HARQ-ACK}^{CBG/TB,max}$ HARQ-ACK information bits and, if $N_{HARQ-ACK}^{CBG/TB} < N_{HARQ-ACK}^{CBG/TB,max}$ for a transport block, the UE generates a NACK value for the last $N_{HARQ-ACK}^{CBG/TB,max} - N_{HARQ-ACK}^{CBG/TB}$ HARQ-ACK information bits for the transport block in the HARQ-ACK codebook. <br><br> If the UE generates a HARQ-ACK codebook in response to a retransmission of a transport block, corresponding to a same HARQ process as a previous transmission of the transport block, the UE generates an ACK for each CBG that the UE correctly decoded in a previous transmission of the transport block. <br><br> If a UE correctly detects each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs and does not correctly detect the transport block for the $N_{HARQ-ACK}^{CBG/TB}$ CBGs, the UE generates a NACK value for each of the $N_{HARQ-ACK}^{CBG/TB}$ CBGs. <br><br> (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54) |

| Claim 6 | Lucid Motors |
|---|---|
| 6. The wireless subscriber communication unit of claim 5 wherein the wireless subscriber communication unit | Lucid Motors 5G Device comprises wherein the wireless subscriber communication unit immediately transmits the stand-alone ACK data segment in the allocated UL resources following processing the downlink message. |

9

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 6 | Lucid Motors |
|---|---|
| immediately transmits the stand-alone ACK data segment in the allocated UL resources following processing the downlink message. | The UE generates an ACK for the HARQ-ACK information bit of a CBG if the UE correctly received all code blocks of the CBG and generates a NACK for the HARQ-ACK information bit of a CBG if the UE incorrectly received at least one code block of the CBG. If the UE receives two transport blocks, the UE concatenates the HARQ-ACK information bits for CBGs of the second transport block after the HARQ-ACK information bits for CBGs of the first transport block.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54)<br><br>9.1.2   Type-1 HARQ-ACK codebook determination<br><br>This clause applies if the UE is configured with *pdsch-HARQ-ACK-Codebook = semi-static*.<br><br>A UE reports HARQ-ACK information for a corresponding PDSCH reception or SPS PDSCH release only in a HARQ-ACK codebook that the UE transmits in a slot indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1. The UE reports NACK value(s) for HARQ-ACK information bit(s) in a HARQ-ACK codebook that the UE transmits in a slot not indicated by a value of a PDSCH-to-HARQ_feedback timing indicator field in a corresponding DCI format 1_0 or DCI format 1_1.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 16), 3GPP TS 38.213 v16.2.0 (2020-06), p. 54) |

| Claim 8 | Lucid Motors |
|---|---|
| 8. The wireless subscriber communication unit of claim 5 wherein the wireless subscriber communication unit is arranged to operate in a time division duplex code | Lucid Motors 5G Device comprises wherein the wireless subscriber communication unit is arranged to operate in a time division duplex code division multiple access cellular communication system.<br><br>5G device operates in a time division duplex (TDD) code division multiple access cellular communication system. |

10

Exhibit E– Evidence of Use Regarding Infringement of U.S. Patent No. 8,031,654

| Claim 8 | Lucid Motors |
|---|---|
| division multiple access cellular communication system. | The *BWP* IE is used to configure a bandwidth part as defined in 38.211, section 4.2.2.<br><br>*Release 15*<br>For each serving cell the network configures at least an initial bandwidth part comprising of at least a downlink bandwidth part and one (if the serving cell is configured with an uplink) or two (if using supplementary uplink (SUL)) uplink bandwidth parts. Furthermore, the network may configure additional uplink and downlink bandwidth parts for a serving cell.<br><br>The bandwidth part configuration is split into uplink and downlink parameters and into common and dedicated parameters. Common parameters (in BWP-UplinkCommon and BWP-DownlinkCommon) are "cell specific" and the network ensures the necessary alignment with corresponding parameters of other UEs. The common parameters of the initial bandwidth part of the PCell are also provided via system information. For all other serving cells, the network provides the common parameters via dedicated signalling.<br><br>***BWP information element***<br><br>```
-- ASN1START
-- TAG-BANDWIDTH-PART-START
BWP ::=                  SEQUENCE {
    locationAndBandwidth     INTEGER (0..37949),
    subcarrierSpacing        SubcarrierSpacing,
    cyclicPrefix             ENUMERATED { extended }               OPTIONAL    -- Need R
}
-- TAG-BANDWIDTH-PART-STOP
-- ASN1STOP
```<br><br>***BWP field descriptions***<br>*cyclicPrefix*<br>Indicates whether to use the extended cyclic prefix for this bandwidth part. If not set, the UE uses the normal cyclic prefix. Normal CP is supported for all numerologies and slot formats. Extended CP is supported only for 60 kHz subcarrier spacing. (see 38.211, section 4.2.2)<br>*locationAndBandwidth*<br>Frequency domain location and bandwidth of this bandwidth part. The value of the field shall be interpreted as resource indicator value (RIV) as defined TS 38.214 with assumptions as described in TS 38.213, section 12, i.e. setting $N^{size}_{BWP}=275$. The first PRB is a PRB determined by subcarrierSpacing of this BWP and offsetToCarrier (configured in SCS-SpecificCarrier contained within FrequencyInfoDL / FrequencyInfoUL) corresponding to this subcarrier spacing. In case of TDD, a BWP-pair (UL BWP and DL BWP with the same bwp-Id) must have the same center frequency (see 38.213, section 12)<br>*subcarrierSpacing*<br>Subcarrier spacing to be used in this BWP for all channels and reference signals unless explicitly configured elsewhere. Corresponds to subcarrier spacing according to 38.211, Table 4.2-1. The value kHz15 corresponds to µ=0, kHz30 to µ=1, and so on. Only the values 15, 30, or 60 kHz (<6GHz), and 60 or 120 kHz (>6GHz) are applicable. For the initial DL BWP this field has the same value as the field subCarrierSpacingCommon in MIB of the same serving cell.<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical layer procedures for control (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), p. 157 & 158) |