# **EXHIBIT F**

Evidence of Use Regarding Infringement of U.S. Patent No. 8,976,714

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| 1. A user equipment (UE) comprising: | Lucid Motors makes, uses, tests, sells, offers for sale, and/or imports 5G compatible devices such as Lucid Air etc., that practice Claim 1. Additionally, Lucid Live Studio, a 3D visualization platform plans to use 5G connectivity to enable prospective Lucid Air customer's to experience & customize their vehicle using NVIDIA's Cloud XR technology.<br><br>Lucid Motors 5G compatible device is a user equipment.<br><br><br><br>(https://lucidmotors.com/air) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | **Staff Architect, Connectivity**<br><br>Lucid Motors   Phoenix, AZ, United States<br><br>**Leading the future in luxury electric and mobility**<br>At Lucid, we set out to introduce the most captivating, luxury electric vehicles that elevate the human experience and transcend the perceived limitations of space, performance, and intelligence. Vehicles that are intuitive, liberating, and designed for the future of mobility.<br>We plan to lead in this new era of luxury electric by returning to the fundamentals of great design – where every decision we make is in service of the individual and environment. Because when you are no longer bound by convention, you are free to define your own experience.<br>Come work alongside some of the most accomplished minds in the industry. Beyond providing competitive salaries, we're providing a community for innovators who want to make an immediate and significant impact. If you are driven to create a better, more sustainable future, then this is the right place for you.<br><br>**Overview**<br><br>Lucid Motors is seeking a forward-thinking Telematics & Connectivity Architect to lead the design and implementation of vehicle connectivity systems. This leadership role focuses on secure, scalable, and high-performance telematics architectures that enable seamless communication, OTA updates, and compliance with global standards within the Software-Defined Vehicle (SDV) ecosystem.<br><br>**You Bring:**<br><br>• 8+ years of experience in automotive telecommunications, telematics, or mobile connectivity systems.<br>• **Strong expertise in 5G,** LTE, Bluetooth, V2X, GNSS, and embedded communication gateways.<br>• Proven experience designing scalable OTA update frameworks and secure communication pathways.<br>• Knowledge of regulatory compliance for emergency call systems across EU and North America.<br><br>(https://www.climatechangecareers.com/job/lucid-motors/phoenix-az-united-states/staff-architect-connectivity/) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | Apr 3, 2022                                                                 #4<br><br>**tuccur said:** ⓘ<br>I would like to think so... would be silly to put LTE in there now... and what is Tesla going to do, almost all of their cars are LTE only... It also makes me wonder... I got a CPU upgrade for free about a year after I bought the car. Is Lucid going to have to update their CPU? Which is to ask, do the Dream Editions use the NVIDIA Drive platform? The announcement made it sound like Lucid will begin using the NVIDIA chip<br><br>I've been told that certainly the cars have 5G. I got this from Customer Service when I asked:<br><br>Thank you for reaching out to Lucid Customer Care with your questions regarding the LTE network used by your vehicle. The Lucid Air will utilize 5G when accessible, and will use 4G LTE during other times. 5G is still being rolled out across the nation and improving all the time, so expect 5G connectivity to continue to improve.<br><br>Since the Dream Edition and the GTs have Dream Drive Pro (DDP) capability, and the announcement mentioned that the NVIDIA system was part of the DDP suite, then I would assume it has the NVIDIA system.<br><br>**Alex**<br>Active Member<br>Founding Member · Verified Owner · Supporting Member<br>Joined: Aug 18, 2020<br>Messages: 1,364<br>Reaction score: 1,126<br>Location: Tucson, AZ<br>Cars: LCID DER,GGT TSLA X,CT<br>Air DE Number: 153<br>Referral Code: 0M97RTIO<br><br>(https://lucidowners.com/threads/5g.907/) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | Additionally, Lucid Live Studio, a 3D visualization platform plans to use 5G connectivity to enable prospective Lucid Air customer's to experience & customize their vehicle using NVIDIA's Cloud XR technology.<br><br>**ZeroLight, AWS, and Lucid create a whole new way to buy cars**<br>by François de Bodinat \| on 15 JAN 2021 \| in Amazon EC2, Automotive, Industries \| Permalink \| 💬 Comments \| ↱ Share<br><br>**Taking the Air into the cloud**<br><br>One such manufacturer is Lucid Motors. As a new entrant to the market, it is free from the decades-old legacy infrastructure that slows down change for traditional OEMs. Thomas Orenz, Director of Interactive Digital Marketing at Lucid Motors, was the driving force of integrating this widely holistic digital approach into Lucid within an extremely short timeframe. This allowed Lucid to have a solution in hand for the launch of its new sedan, the Air, and allowed Lucid to create a system that would avoid the challenges above: the industry's first fully cloud-based retailing ecosystem.<br><br>Powered by our unique 3D visualization platform, Lucid's end-to-end solution makes no compromise between performance and scale. It uses AWS's cloud architecture – especially the EC2 G4 instances – to create a high-quality shopping experience that is smooth, responsive, and engaging for every customer everywhere, regardless of the device or operating system they are using.<br><br>By seamlessly integrating every touchpoint into one centralized platform, we have blurred the lines between online and in-store. The reason this is so important is that it enables customers to conduct their purchase on their own terms, giving them the control to tailor their experience to their own preferences.<br><br>Online, customers can customize and explore the Air on any device using our Palette and Palette+ configurators, which have been integrated into Lucid's state-of-the-art website. When they move in-store to one of Lucid's Studios, they can then use a 4K and a state-of-the-art VR configurator to finalize their choices. |

4

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | **Getting closer to the customers** |
| | Crucially, customers can choose when, how, and where they purchase their Air, because Lucid has become one of the first automotive brands to offer online sales. The result is a total revolution of the traditional linear buying journey: customers have the freedom to activate any touchpoint of Lucid's inter-connected retail ecosystem at any time. |
| | This is supported by Lucid Live Studio, a shared configuration solution that digitally mirrors the luxury one-to-one Studio experience, enabling customers to enjoy it either online or in-store. Powered by our Concierge product, Lucid Live Studio uses the agility of Amazon EC2 G4 instances to create a luxury virtual sales session. A customer can interact with a digital model of the Air from the comfort of their home while a sales representative guides them through its key features and configuration options. Because this is all powered by the cloud, no screen sharing, downloads, or plugins are required. |
| | Our integrated approach meant Lucid could further enhance the customer experience with advanced personalization where the right content is always delivered to the right person at the right time. If customers opt in, data from their interactions with the configurator are automatically tracked and integrated into Lucid's CRM systems. This is then used to tailor sales interactions and produce personalized visual content, including images, videos, and interactive customer pages. This visual content is created on demand using our cloud-based, content-production platform, SpotLight Suite, which is also leveraging the power of the AWS Cloud, and delivered to the customer via marketing automation systems, making hyper-personalization a standard feature in every Lucid Air purchase. |
| | **What next?** |
| | <span style="border:1px solid red">This is just the beginning for Lucid.</span> The new base-model of the Air will soon be added to the configurator, along with the latest trim and accessory options. The technology involved itself is also continually evolving as the latest breakthroughs become available. <span style="border:1px solid red">The Studio VR experience, for instance, can also be moved into the cloud as well, as 5G</span> will unlock the capability of NVIDIA's Cloud XR technology combined with AWS's G4 compute power. The impact of this would be significant, as streaming the content from the cloud would remove the need for high-end, space-consuming hardware at the point of use. |
| | (https://aws.amazon.com/blogs/industries/zerolight-aws-and-lucid-create-a-whole-new-way-to-buy-cars/) |
| a receiver configured to receive si-Windowlength information, wherein the | Lucid Motors 5G Device comprises a receiver configured to receive si-Windowlength information, wherein the si-Windowlength information is received in a system information (SI) type 1 message. |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| si-Windowlength information is received in a system information (SI) type 1 message; | Lucid Motors 5G Device comprises a receiver configured to receive si-windowlength information (e.g., in si-SchedulingInfo) in a system information (SI) type 1 message (e.g., SIB1).<br><br>5.2.2.3.2    Acquisition of an SI message<br><br>When acquiring an SI message, the UE shall:<br><br>1> determine the start of the SI-window for the concerned SI message as follows:<br><br>2> for the concerned SI message, determine the number *n* which corresponds to the order of entry in the list of SI messages configured by *schedulingInfoList* in *si-SchedulingInfo* in *SIB1*;<br><br>2> determine the integer value $x = (n – 1) * w$, where w is the *si-WindowLength*;<br><br>2> the SI-window starts at the slot #*a*, where $a = x$ mod N, in the radio frame for which SFN mod $T =$ FLOOR(x/N), where *T* is the *si-Periodicity* of the concerned SI message and N is the number of slots in a radio frame as specified in TS 38.213 [13];<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), p. 26)<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), pp. 323-24) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| a processor configured to calculate a downlink (DL) subframe wherein a SI message starts, wherein the calculated DL subframe is based on a total number of DL subframes contained in a radio frame; | Lucid Motors 5G Device comprises a processor configured to calculate a downlink (DL) subframe wherein a SI message starts, wherein the calculated DL subframe is based on a total number of DL subframes contained in a radio frame.<br><br>Lucid Motors 5G Device comprises a processor configured to calculate a downlink (DL) subframe (e.g., subframe having slot#a) wherein a SI message starts, wherein the calculated DL subframe is based on a total number of DL subframes contained in a radio frame (e.g., 10 subframes in a 5G frame).<br><br>5.2.2.3.2   Acquisition of an SI message<br><br>When acquiring an SI message, the UE shall:<br><br>1> determine the start of the SI-window for the concerned SI message as follows:<br><br>    2> for the concerned SI message, determine the number $n$ which corresponds to the order of entry in the list of SI messages configured by *schedulingInfoList* in *si-SchedulingInfo* in *SIB1*;<br><br>    2> determine the integer value $x = (n - 1) * w$, where w is the *si-WindowLength*;<br><br>    2> the SI-window starts at the slot #$a$, where $a = x \bmod N$, in the radio frame for which SFN mod $T =$ FLOOR($x/N$), where $T$ is the *si-Periodicity* of the concerned SI message and N is the number of slots in a radio frame as specified in TS 38.213 [13];<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), p. 26) |

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | **4.3 Frame structure** |
| | **4.3.1 Frames and subframes** |
| | Downlink, uplink, and sidelink transmissions are organized into frames with $T_f = (\Delta f_{max} N_f /100) \cdot T_c = 10$ ms duration, each consisting of ten subframes of $T_{sf} = (\Delta f_{max} N_f /1000) \cdot T_c = 1$ ms duration. The number of consecutive OFDM symbols per subframe is $N_{symb}^{subframe,\mu} = N_{symb}^{slot} N_{slot}^{subframe,\mu}$. Each frame is divided into two equally-sized half-frames of five subframes each with half-frame 0 consisting of subframes 0 – 4 and half-frame 1 consisting of subframes 5 – 9. |
| | There is one set of frames in the uplink and one set of frames in the downlink on a carrier. |
| | Uplink frame number $i$ for transmission from the UE shall start $T_{TA} = (N_{TA} + N_{TA,offset}) T_c$ before the start of the corresponding downlink frame at the UE where $N_{TA,offset}$ is given by [5, TS 38.213], except for msgA transmission on PUSCH where $N_{TA} = 0$ shall be used. |
| | Downlink frame $i$ |
| | Uplink frame $i$ |
| | $(N_{TA} + N_{TA,offset}) T_c$ |
| | **Figure 4.3.1-1: Uplink-downlink timing relation.** |
| | **4.3.2 Slots** |
| | For subcarrier spacing configuration $\mu$, slots are numbered $n_s^\mu \in \{0, ..., N_{slot}^{subframe,\mu} - 1\}$ in increasing order within a subframe and $n_{s,f}^\mu \in \{0, ..., N_{slot}^{frame,\mu} - 1\}$ in increasing order within a frame. There are $N_{symb}^{slot}$ consecutive OFDM symbols in a slot where $N_{symb}^{slot}$ depends on the cyclic prefix as given by Tables 4.3.2-1 and 4.3.2-2. The start of slot $n_s^\mu$ in a subframe is aligned in time with the start of OFDM symbol $n_s^\mu N_{symb}^{slot}$ in the same subframe. |
| | OFDM symbols in a slot in a downlink or uplink frame can be classified as 'downlink', 'flexible', or 'uplink'. Signaling of slot formats is described in clause 11.1 of [5, TS 38.213]. |
| | In a slot in a downlink frame, the UE shall assume that downlink transmissions only occur in 'downlink' or 'flexible' symbols. |
| | (3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Physical channels and modulation (Release 16), 3GPP TS 38.211 v16.2.0 (2020-06), p. 12) |
| the processor further configured to calculate in the radio frame where the SI message starts, wherein the calculated radio frame | Lucid Motors 5G Device comprises the processor further configured to calculate in the radio frame where the SI message starts, wherein the calculated radio frame is based on the total number of DL subframes contained in the radio frame. |

8

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| is based on the total number of DL subframes contained in the radio frame; and | Lucid Motors 5G Device comprises wherein the processor further configured to calculate in the radio frame where the SI message starts (e.g., slot#a within a particular System Frame Number (SFN)), wherein the calculated radio frame is based on the total number of DL subframes contained in the radio frame.<br><br>5.2.2.3.2  Acquisition of an SI message<br><br>When acquiring an SI message, the UE shall:<br><br>1> determine the start of the SI-window for the concerned SI message as follows:<br><br>2> for the concerned SI message, determine the number $n$ which corresponds to the order of entry in the list of SI messages configured by *schedulingInfoList* in *SIB1*;<br><br>2> determine the integer value $x = (n – 1) * w$, where w is the *si-WindowLength*;<br><br>2> the SI-window starts at the slot #$a$, where $a = x$ mod N, in the radio frame for which SFN mod $T =$ FLOOR($x$/N), where $T$ is the *si-Periodicity* of the concerned SI message and N is the number of slots in a radio frame as specified in TS 38.213 [13];<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), p. 26) |
| the receiver further configured to receive the SI message, in the calculated DL subframe of the calculated radio frame, during a period provided by the si-Windowlength information. | Lucid Motors 5G Device comprises the receiver further configured to receive the SI message, in the calculated DL subframe of the calculated radio frame, during a period provided by the si-Windowlength information.<br><br>Lucid Motors 5G Device comprises the receiver further configured to receive the SI message (e.g., on the PDCCH), in the calculated DL subframe of the calculated radio frame, during a period (e.g., from the start to the end of the SI-window) provided by the si-Windowlength information. |

9

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 1 | Lucid Motors |
|---|---|
| | 1> if SI message acquisition is not triggered due to UE request:<br><br>Release 15               27               3GPP TS 38.331 V15.3.0 (2018-09)<br><br>    2> receive the PDCCH containing the scheduling RNTI, i.e. SI-RNTI, from the start of the SI-window and continue until the end of the SI-window whose absolute length in time is given by *si-WindowLength*, or until the SI message was received;<br>    2> if the SI message was not received by the end of the SI-window, repeat reception at the next SI-window occasion for the concerned SI message;<br>1> else if SI message acquisition is triggered due to UE request:<br>    2> [FFS receive the PDCCH containing the scheduling RNTI, i.e. SI-RNTI, from the start of the SI-window and continue until the end of the SI-window whose absolute length in time is given by *si-WindowLength*, or until the SI message was received];<br>    2> [FFS if the SI message was not received by the end of the SI-window, repeat reception at the next SI-window occasion for the concerned SI message];<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), pp. 26-27) |

Page |F-10

10

Exhibit F – Evidence of Use Regarding Infringement of U.S. Patent No. U.S. Patent No. 8,976,714

| Claim 2 | Lucid Motors |
|---|---|
| 2. The UE of claim 1, wherein the UE determines a periodicity of the SI message. | Lucid Motors 5G Device comprises wherein the UE determines a periodicity of the SI message.<br><br>Lucid Motors 5G Device determines a periodicity (e.g., si-Periodicity) of the SI message.<br><br>5.2.2.3.2    Acquisition of an SI message<br><br>When acquiring an SI message, the UE shall:<br><br>1> determine the start of the SI-window for the concerned SI message as follows:<br><br>2> for the concerned SI message, determine the number $n$ which corresponds to the order of entry in the list of SI messages configured by *schedulingInfoList* in *si-SchedulingInfo* in *SIB1*;<br><br>2> determine the integer value $x = (n – 1) * w$, where w is the *si-WindowLength*;<br><br>2> the SI-window starts at the slot #$a$, where $a = x$ mod N, in the radio frame for which SFN mod $T =$ FLOOR($x$/N), where $T$ is the *si-Periodicity* of the concerned SI message and N is the number of slots in a radio frame as specified in TS 38.213 [13];<br><br>(3rd Generation Partnership Project; Technical Specification Group Radio Access Network; NR; Radio Resource Control (RRC) protocol specification (Release 15), 3GPP TS 38.331 v15.3.0 (2018-09), p. 26) |

11