# **EXHIBIT G**

Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| 8. A computer comprising: | Defendant Lucid Group, Inc. ("Lucid" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Lucid Motors Bluetooth BLE 5.0 and higher version compatible devices, including but not limited to **Lucid Gravity Grand Touring, Lucid Gravity Touring** and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 8.<br><br>Lucid Gravity Grand Touring incorporates Bluetooth BLE 5.0 and higher version technology and performs operations consistent with the Bluetooth networking standards.<br><br>**LUCID**<br>Award-winning.<br>Always thrilling.<br>The experts have spoken. Lucid Gravity is Car and Driver's 10Best SUV, Esquire's Car of the Year, and Good Housekeeping's Best Luxury EV.<br><br>**Grand Touring**<br><br>2026<br>Gravity Grand Touring<br><br>EPA-EST. RANGE: 386 mi² | POWER: 828 hp | CARGO SPACE: 115 cu. ft./7 seats<br><br>$122,200[1]    PAYMENT ESTIMATOR<br><br>SCHEDULE A DEMO DRIVE |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  (https://lucidmotors.com/inventory-vehicle?UUID=68f3184982b2a6efebc17954&shortCode=CA16ZX&id=0000058241&zip=94560 )<br><br>**Lucid Gravity Owners Manual North America**<br><br>Document Applicability<br><br>This Owner's Manual applies to all **Lucid Gravity** vehicles.<br><br>**Component: Unified Cockpit Controller**<br><br>- Manufacturer: Lucid USA, Inc.<br>- Model: P21-K2C000<br>- Operating Frequency: 2.402-2.480 GHz,<br>  5.150 GHz - 5.25 GHz,<br>  5.725 GHz - 5.85 GHz<br>- FCC ID: 2AXZJ-K2B100<br>  IC: 27970-K2B100 |

2

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf  Page 312 of 337) |

## FCC ID 2AXZJ-K2B100

2AXZJK2B100, 2AXZJ K2B100, 2AXZJ-K2B100, 2AXZJ-K2B1OO, 2AXZJ-K2Bl00
*Lucid USA, Inc Center Console Controller) CCCv2 P11-K2B100* **K2B100**

### FCC/IC Test Report

**For:**
Lucid USA, Inc.

**Host Model:** P21-K2C000
**Module Model:** JODY-W354-00A

**Host Product Description:**
UCC (Unified Cockpit Controller)

**FCC ID: 2AXZJ-K2B100**
**IC: 27970-K2B100**

### 3.1   EUT Specifications

| | |
|---|---|
| Host Model No | P21-K2C000 |
| HW Version | 01 |
| SW Version | 491 |
| Contains FCC ID : | 2AXZJ-K2B100 |
| Contains IC: | 27970-K2B100 |
| Product Description | UCC (Unified Cockpit Controller) |
| Radio Module | **Wi-Fi & Bluetooth Modules**<br>**Model Name :** Ublox<br>**Model Number :** JODY-W354-00A<br>**Wireless Technologies**<br>**Wi-Fi 5GHz :** 802.11a/ac<br>**Bluetooth :** BDR/DER BLE |
| Frequency Range, # of channels | Bluetooth Basic/EDR: Nominal band: 2400 MHz – 2483.5 MHz; 79 channels<br>Bluetooth Low Energy: Nominal band: 2400 MHz – 2483.5 MHz; 40 channels |
| Modes of Operation | Bluetooth Basic/EDR: GFSK, π /4 DQPSK, 8DPSK<br>Bluetooth Low Energy: GFSK |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-BT-7742827.pdf Page 5 of 19)<br><br>**Lucid FCC ID: 2AXZJ-K2B100 / IC ID: 27970-K2B100 Module UM / Photos**<br><br>**3 Top view**<br><br>**3.1 Internal photos**<br><br>Figure 4: JODY-W374-20A top view external photo<br><br>Figure 2: JODY-W374-20A internal photo<br><br>https://device.report/m/4d9b46565d9f7b2325d80fae04c932533 6fcc688d0d9e9bcf2d58b9c13477aad Page 6 of 6<br><br>**2.4/5 GHz Dual-Band 2x2 Wi-Fi® 6 (802.11ax) + Bluetooth® 5.3 Automotive Solution**<br><br>88Q9098  Receive alerts<br><br>The 88Q9098 family of automotive wireless SoCs is the industry's first Wi-Fi 6 solution based on the latest IEEE 802.11ax standards supporting 2x2 plus 2x2 concurrent dual Wi-Fi and dual-mode Bluetooth 5.3. Delivering reliable and high-performance wireless connectivity is becoming more difficult in the increasingly congested automobile environment. The new 88Q9098 combo solution enables gigabit-level performance, superior reliability, and enhanced security for the car and extends leadership in providing comprehensive Wi-Fi 6 solutions. Our |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | https://www.nxp.com/products/wireless-connectivity/wi-fi-plus-bluetooth-plus-802-15-4/2-4-5-ghz-dual-band-2x2-wi-fi-6-802-11ax-plus-bluetooth-5-3-automotive-solution:88Q9098 <br><br> Additional product offered by Lucid Motors that implement Bluetooth BLE 5.0 and higher version technology and perform the claimed method include the Gravity Touring. This product incorporate Bluetooth BLE 5.0 and higher version technology, consistent with the wireless networking functionality required by the claimed method. <br><br> Additionally, similar models also offer Bluetooth BLE 5.3 technology but differ based on certain added features and EPA-estimated range. These include: Lucid Gravity Grand Touring (EPA-EST Range 437mi², 407mi², 450mi² (2026), Gravity Touring (EPA-EST Range 301mi² (2026)). <br><br> Touring <br> 2026 <br> Gravity Touring <br> EPA-EST. RANGE  POWER        CARGO SPACE <br> 337 mi²       560 hp       120 cu. ft./ 5 seats <br> $99,950¹                    PAYMENT ESTIMATOR <br> SCHEDULE A DEMO DRIVE |

5

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | (https://lucidmotors.com/inventory-vehicle?UUID=68a02712aff0154b0403fcb0&shortCode=WU04FS&id=0000053526&zip=94560 )<br><br>**Lucid Gravity Owners Manual North America**<br><br>Document Applicability<br><br>This Owner's Manual applies to all **Lucid Gravity** vehicles.<br><br>**Component: Unified Cockpit Controller**<br>- Manufacturer: Lucid USA, Inc.<br>- Model: P21-K2C000<br>- Operating Frequency: 2.402-2.480 GHz,<br>  5.150 GHz - 5.25 GHz,<br>  5.725 GHz - 5.85 GHz<br>- FCC ID: 2AXZJ-K2B100<br>- IC: 27970-K2B100<br><br>(https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf  Page 312 of 337)<br><br>**FCC ID 2AXZJ-K2B100**<br>2AXZJK2B100, 2AXZJ K2B100, 2AXZJ-K2B100, 2AXZJ-K2B100, 2AXZJ-K2B1OO, 2AXZJ-K2Bl00 *Lucid USA, Inc* Center Console Controller) CCCv2 P11-K2B100 **K2B100** |

6

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC/IC Test Report**<br><br>**For:**<br>Lucid USA, Inc.<br><br>**Host Model:** P21-K2C000<br>**Module Model:** JODY-W354-00A<br><br>**Host Product Description:**<br>UCC (Unified Cockpit Controller)<br><br>**FCC ID:** 2AXZJ-K2B100<br>**IC:** 27970-K2B100<br><br>**3.1 EUT Specifications**<br><br>| Host Model No | P21-K2C000 |<br>\| --- \| --- \|<br>\| HW Version \| 01 \|<br>\| SW Version \| 491 \|<br>\| Contains FCC ID : \| 2AXZJ-K2B100 \|<br>\| Contains IC: \| 27970-K2B100 \|<br>\| Product Description \| UCC (Unified Cockpit Controller) \|<br>\| Radio Module \| Wi-Fi & Bluetooth Modules<br>Model Name : Ublox<br>Model Number : JODY-W354-00A<br>Wireless Technologies<br>Wi-Fi 5GHz : 802.11a/ac<br>Bluetooth : BDR/DER, BLE \|<br>\| Frequency Range, # of channels \| Bluetooth Basic/EDR: Nominal band: 2400 MHz – 2483.5 MHz; 79 channels<br>Bluetooth Low Energy: Nominal band: 2400 MHz – 2483.5 MHz; 40 channels \|<br>\| Modes of Operation \| Bluetooth Basic/EDR: GFSK, π /4 DQPSK, 8DPSK<br>Bluetooth Low Energy: GFSK \|<br><br>(https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-BT-7742827.pdf Page 5 of 19)<br><br>Lucid FCC ID: 2AXZJ-K2B100 / IC ID: 27970-K2B100 Module UM / Photos |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 3 Top view<br><br>3.1 Internal photos<br><br>Figure 4: JODY-W374-20A top view external photo<br>Model: JODY-W374-20A<br><br>Figure 2: JODY-W374-20A internal photo<br><br>https://device.report/m/4d9b46565d9f7b2325d80fae04c932536fcc688d0d9e9bcf2d58b9c13477aad<br>Page 6 of 6<br><br>**2.4/5 GHz Dual-Band 2x2 Wi-Fi® 6 (802.11ax) + Bluetooth® 5.3 Automotive Solution**<br>88Q9098 Receive alerts<br><br>The 88Q9098 family of automotive wireless SoCs is the industry's first Wi-Fi 6 solution based on the latest IEEE 802.11ax standards supporting 2x2 plus 2x2 concurrent dual Wi-Fi and dual-mode Bluetooth 5.3. Delivering reliable and high-performance wireless connectivity is becoming more difficult in the increasingly<br><br>https://www.nxp.com/products/wireless-connectivity/wi-fi-plus-bluetooth-plus-802-15-4/2-4-5-ghz-dual-band-2x2-wi-fi-6-802-11ax-plus-bluetooth-5-3-automotive-solution:88Q9098 |
| a controller configured to trigger a wake-up detection mode at a wireless device for a pre-determined time period; and | Lucid Gravity Model includes a controller configured to trigger a wake-up detection mode at a wireless device for a pre-determined time period.<br><br>Lucid Gravity Model includes a controller. |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | The Bluetooth core system consists of a Host and one or more Controllers. A Host is a logical entity defined as all of the layers below the non-core profiles and above the Host Controller Interface (HCI). A Controller is a logical entity defined as all of the layers below HCI. An implementation of the Host and Controller may contain the respective parts of the HCI. Two types of Controllers are defined in this version of the Core Specification: Primary Controllers and Secondary Controllers.<br><br>(Bluetooth Core Specification v5.0, p. 166)<br><br>The controller is configured to trigger a wake-up detection mode at a wireless device for a pre-determined time period (e.g., advertising event).<br><br>The Link Layer in the Advertising State will be transmitting advertising channel packets and possibly listening to and responding to responses triggered by these advertising channel packets. A device in the Advertising State is known as an advertiser. The Advertising State can be entered from the Standby State.<br><br>(Bluetooth Core Specification v5.0, p. 2553)<br><br>**4.4.2.2 Advertising Events**<br><br>Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>(Bluetooth Core Specification v5.0, p. 2610) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| a communication interface coupled to the controller and configured to receive a wake-up packet addressed to the wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save mode to operating in a non-power save power mode; | Lucid Gravity Model includes a communication interface coupled to the controller and configured to receive a wake-up packet addressed to the wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save mode to operating in a non-power save power mode. <br><br> Lucid Gravity Model includes a communication interface coupled to the controller and configured to receive a wake-up packet (e.g., CONNECT_IND) addressed to the wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save mode (e.g., Advertising State) to operating in a non-power save power mode (e.g., Connection State). <br><br> The Connection State can be entered either from the Initiating State or the Advertising State. A device in the Connection State is known as being in a connection. <br><br> (Bluetooth Core Specification v5.0, p. 2553) <br><br> **4.5 CONNECTION STATE** <br><br> The Link Layer enters the Connection State when an initiator sends a CONNECT_IND PDU on the primary advertising channel to an advertiser, an advertiser receives a CONNECT_IND PDU on the primary advertising channel from an initiator, an advertiser sends an AUX_CONNECT_RSP PDU on the secondary advertising channel to an initiator, or an initiator receives an AUX_CONNECT_RSP PDU on the secondary advertising channel from an advertiser. <br><br> (Bluetooth Core Specification v5.0, p. 2637) |

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | **5.1 INITIATING A CONNECTION**<br><br>A device can initiate a connection to an advertiser. This example shows a successful initiation, resulting in both devices able to send application data (see Figure 5.1).<br><br>[Figure showing Host A, LL A, LL B, Host B with Step 1: Device B is sending Adverts, Device A initiates connection to Device B; messages include LE Create Connection, Command Status, Advert, CONNECT_IND, LE Connection Complete, Data Channel PDU, Data Channel PDU, Data Channel PDU, Data Channel PDU, LE Connection Complete]<br><br>*Figure 5.1: Initiating a Connection*<br><br>(Bluetooth Core Specification v5.0, p. 2735) |
| wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode in response to receiving the wake-up packet and to exit the wake-up detection mode if the wake-up process is performed or the | Lucid Gravity Model performs the step of wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode in response to receiving the wake-up packet and to exit the wake-up detection mode if the wake-up process is performed or the predetermined time period is exceeded.<br><br>Lucid Gravity Model performs the step of wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode (e.g., Connection State) in response to receiving the wake-up packet and to exit the wake-up detection mode if the wake-up process is performed or the predetermined time period is exceeded (e.g., advertising event). |

11

Exhibit G – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 1

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| predetermined time period is exceeded. | **4.5 CONNECTION STATE**<br><br>The Link Layer enters the Connection State when an initiator sends a CONNECT_IND PDU on the primary advertising channel to an advertiser, an advertiser receives a CONNECT_IND PDU on the primary advertising channel from an initiator, an advertiser sends an AUX_CONNECT_RSP PDU on the secondary advertising channel to an initiator, or an initiator receives an AUX_CONNECT_RSP PDU on the secondary advertising channel from an advertiser.<br><br>(Bluetooth Core Specification v5.0, p. 2637)<br><br>***4.4.2.2 Advertising Events***<br><br>Advertising events are defined as one or more advertising PDUs sent on the primary advertising channel beginning with the first used advertising channel index and ending with the last used advertising channel index. The advertising event can be closed early after a CONNECT_IND is received or when a SCAN_RSP is sent. The time between advertising events is the advertising interval.<br><br>(Bluetooth Core Specification v5.0, p. 2610) |

12