# **<u>EXHIBIT H</u>**

Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| 8. A computer comprising: | Defendant Lucid Group, Inc. ("Lucid" or "Defendant"), makes, uses (including via testing), sells, offers for sale, and/or imports, Lucid Motors Bluetooth 4.1 and higher compatible devices, including but not limited to **Air Pure 2026, Air Touring 2026, Air Grand Touring 2026, Air 2025, Air 2024, Air 2023, Air Touring 2025, Air Touring 2024, Air Touring 2023, Air Grand Touring 2025, Air Grand Touring 2024, Air Grand Touring 2023, Air Grand Touring 2022, Air Sapphire 2026, Gravity Grand Touring 2026, Gravity Touring 2026, Air Dream Edition Performance 2022** etc., and other substantially similar products and services offered in the past or the future, and all of the prior models, iterations, releases, versions, generations, and prototypes of the foregoing, along with any associated hardware, software, applications, and functionality associated with those products and solutions ("Accused Products"), which practice claim 8.

Lucid Motors Air Pure 2026 incorporates Bluetooth 4.1 and higher technology (Basic Rate/Enhanced Data Rate (BR/EDR),) and performs operations consistent with the Bluetooth networking standards.



**LUCID**

2026 Models

*Lucid Air Pure.*
Range, performance, efficiency, and beauty. Air from $69,900¹

2026

Air Pure

EPA EST. RANGE
420 mi²

POWER
430 hp

0-60 MPH
4.5 secs

$62,400¹    PAYMENT ESTIMATOR |

1 |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  |  |

([https://lucidmotors.com/inventory-vehicle?UUID=69339&e41eaa112631dbce03&shortCode=0V3OK1&id=000006071 9&zip=94560](https://lucidmotors.com/inventory-vehicle?UUID=69339&e41eaa112631dbce03&shortCode=0V3OK1&id=000006071 9&zip=94560) )

**Lucid Air**
**Owners Manual**
**North America**

Document Applicability

This Owner's Manual applies to all Lucid Air vehicles.

Lucid regularly updates this manual. The latest version is accessible via the Pilot Panel and on the Lucid website. Internet connection is required to download the most recent version of the manual.

## FCC, FDA, and ISED Compliance
**Component: Center Console Controller**

- Manufacturer: Lucid USA, Inc.

- Model: P11-K2B000

- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz

- FCC ID/ISED ID:2AXZJ-K2B000, IC: 27970-K2B000

2

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf Page 298 of 323) |

K2B000 Center Console Controller Test Report
Test report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,
Lucid USA, Center Console Controller

FCC ID: / Lucid USA_Inc    K2B000:   / Test_report_Bluetooth_LE_Module_BT__BLE_FCCa

### 3   TEST OBJECT DATA

### 3.1   GENERAL EUT DESCRIPTION

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 Including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

**FCC ID: 2AXZJ-K2B000**

### FCC Test Report

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3  Equipment Under Test (EUT)** |
| | **3.1  EUT Specifications** |

| | |
|---|---|
| Model No | P11-K2B000 |
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

Additional products offered by Lucid Motors that implement Bluetooth Basic Rate/Enhanced Data Rate (BR/EDR) technology and perform the claimed method include the **Lucid Air 2025, 2024, 2023), Air Touring (2025, 2024, 2023), Air Grand Touring (2025, 2024, 2023, 2022), Air Sapphire (2026), Gravity Grand Touring 2026, Gravity Touring 2026, Air Dream Edition Performance (2022)**. These products incorporate BR-EDR, consistent with the functionality required by the claimed method.

Additionally, similar models also offer Bluetooth 4.1 and higher (BR/EDR) but differ based on certain added features and EPA-estimated range. These include: **Air Pure(EPA-EST Range 372mi² (2026), 410mi² (2024), 384mi² (2023), Air Touring(EPA-EST Range 411mi² (2024), 365mi², 410mi² (2023), Air Grand Touring(EPA-EST Range 480mi² 446mi² (2026), 469mi²(2023), 469mi², 446mi² (2022)), Gravity Grand Touring(EPA-EST Range 437mi², 407mi², 450mi² (2026), Gravity Touring(EPA-EST Range 301mi (2026))**.

4

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | <br><br>(https://lucidmotors.com/inventory-vehicle?UUID=68bb95cd50864d01fdfd1b5&shortCode=JK42NG&id=000005511&zip=94560 )<br><br>**FCC, FDA, and ISED Compliance**<br>**Component: Center Console Controller**<br><br>- Manufacturer: Lucid USA, Inc.<br><br>- Model: P11-K2B000<br><br>- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz<br><br>- FCC ID/ISED ID:2AXZJ-K2B000/IC: 27970-K2B000 |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/media/document/OM_Air_enUS_v35_1.pdf Page 298 of 323) |

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,

Lucid USA, Center Console Controller

FCC ID: Lucid USA, Inc. K2B000, Test_report_Bluetooth_LE_Module_BT__BLE_FCCa

3 TEST OBJECT DATA

3.1 GENERAL EUT DESCRIPTION

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-543690.pdf Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

FCC ID: 2AXZJ-K2B000

**FCC Test Report**

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

6

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | **3   Equipment Under Test (EUT)** |
|  | **3.1   EUT Specifications** |

| | |
|---|---|
| Model No | P11-K2B000 |
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)



7

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3   TEST OBJECT DATA**<br><br>**3.1   GENERAL EUT DESCRIPTION** |

| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

**FCC ID: 2AXZJ-K2B000**

**FCC Test Report**

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

9

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|

**3    Equipment Under Test (EUT)**

**3.1    EUT Specifications**

| Model No | P11-K2B000 |
|---|---|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)



10

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  |  (https://lucidmotors.com/configure ) <br><br> **Lucid Air Sapphire Owners Manual North America** <br><br> **Component: Center Console Controller** <br><br> - Manufacturer: Lucid USA, Inc. <br><br> - Model: P11-K2B000 <br><br> - Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz <br><br> - FCC ID/ISED ID:2AXZJ-K2B000/IC: 27970-K2B000 <br><br> (https://lucidmotors.com/media/document/OM_Sapphire_enUS_v35_1.pdf Page 297 of 322) <br><br> **FCC and ISED Notes: Center Console Controller – Lucid USA, Inc** <br><br> **FCC ID: 2AXZJ-K2B000** |

11

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC Test Report**<br><br>FOR:<br><br>Lucid USA, Inc.<br><br>Model Name:<br><br>P11-K2B000<br><br>Product Description:<br><br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000<br><br>**3  Equipment Under Test (EUT)**<br><br>**3.1  EUT Specifications** |

| Model No | P11-K2B000 |
|---|---|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) ,79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT___BLE._FCCa Lucid USA,

Lucid USA, Center Console Controller

FCC-ID.  /  Lucid USA No  /  K2B000.  /  Test_report_Bluetooth_LE_Module_BT___BLE._FCCa

12

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3 TEST OBJECT DATA**<br><br>**3.1 GENERAL EUT DESCRIPTION**<br><br>| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |<br>| Product name | JODY-W164-03A |<br>| Type | JODY-W164-03A |<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-543690.pdf Page 13 of 100)<br><br>Award-winning.<br>Always thrilling.<br><br>The experts have spoken. Lucid Gravity is Car and Driver's 10Best SUV, Esquire's Car of the Year, and Good Housekeeping's Best Luxury EV.<br>2026<br><br>**Gravity Grand Touring**<br><br>EPA EST RANGE<br>386 mi²     POWER<br>828 hp     CARGO SPACE<br>115 cu. ft. / 7 seats<br><br>$122,200¹     PAYMENT ESTIMATOR<br><br>SCHEDULE A DEMO DRIVE |

13

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/inventory-vehicle?UUID=68f3184982b2a6efebc179544&shortCode=CAI6ZX&id=0000058241&zip=94560 ) |
| | **Lucid Gravity Owners Manual North America** |
| | **Component: Unified Cockpit Controller** |
| | - Manufacturer: Lucid USA, Inc. |
| | - Model: P21-K2C000 |
| | - Operating Frequency: 2.402-2.480 GHz, |
| | 5.150 GHz - 5.25 GHz, |
| | 5.725 GHz - 5.85 GHz |
| | - FCC ID: 2AXZJ-K2B100 |
| | IC: 27970-K2B100 |
| | (https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf Page 312 of 337) |
| | FCC ID 2AXZJ-K2B100 |
| | 2AXZJK2B100, 2AXZJ K2B100, 2AXZJ-K2B100, 2AXZJ-K2B1OO, 2AXZJ-K2B0BI0 |
| | Lucid USA, Inc Center Console Controller) CCOv2 P11-K2B100 **K2B100** |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|

**FCC/IC Test Report**

**For:**
Lucid USA, Inc.

**Host Model:** P21-K2CO00
**Module Model:** JODY-W354-00A

**Host Product Description:**
UCC (Unified Cockpit Controller)

**FCC ID:** 2AXZJ-K2B100
**IC:** 27970-K2B100

**3.1    EUT Specifications**

| Host Model No | P21-K2CO00 |
|---------------|------------|
| HW Version | 01 |
| SW Version | 491 |
| Contains FCC ID : | 2AXZJ-K2B100 |
| Contains IC: | 27970-K2B100 |
| Product Description | UCC (Unified Cockpit Controller) |
| Radio Module | **Wi-Fi & Bluetooth Modules**<br>**Model Name** : Ublox<br>**Model Number** : JODY-W354-00A<br>**Wireless Technologies**<br>**Wi-Fi 5GHz** : 802.11a/ac<br>**Bluetooth** : BDR/EDR, BLE |
| Frequency Range, # of channels | Bluetooth Basic/EDR: Nominal band: 2400 MHz – 2483.5 MHz; 79 channels<br>Bluetooth Low Energy: Nominal band: 2400 MHz – 2483.5 MHz; 40 channels |
| Modes of Operation | Bluetooth Basic/EDR: GFSK, π /4 DQPSK, 8DPSK<br>Bluetooth Low Energy: GFSK |

(https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-BT-7742827.pdf  Page 5 of 19)

15

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|
|         |  2026 Gravity Touring — EPA EST RANGE 337 mi², POWER 560 hp, CARGO SPACE 120 cu. ft./5 seats, $99,950¹, SCHEDULE A DEMO DRIVE, PAYMENT ESTIMATOR (https://lucidmotors.com/inventory-vehicle?UUID=68a02712aff0154b0403fcb0&shortCode=WU04FS&id=0000053526&zip=94560 ) **Lucid Gravity Owners Manual North America** |

16

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **Component: Unified Cockpit Controller** |
| | - Manufacturer: Lucid USA, Inc. |
| | - Model: P21-K2C000 |
| | - Operating Frequency: 2.402-2.480 GHz, |
| | 5.150 GHz - 5.25 GHz, |
| | 5.725 GHz - 5.85 GHz |
| | - FCC ID: 2AXZJ-K2B100 |
| | IC: 27970-K2B100 |
| | (https://lucidmotors.com/media/document/OM_Gravity_enUS_v12_2.pdf  Page 312 of 337) |
| | **FCC ID 2AXZJ-K2B100** |
| | 2AXZJK2B100, 2AXZJ.K2B100, 2AXZJ-K2B100, 2AXZJ-K2B1OO, 2AXZJ-K2B100 |
| | Lucid USA, Inc Center Console Controller) CCCv2 P11-K2B100 **K2B100** |
| | **FCC/IC Test Report** |
| | **For:** |
| | Lucid USA, Inc. |
| | **Host Model:** P21-K2C000 |
| | **Module Model:** JODY-W354-00A |
| | **Host Product Description:** |
| | UCC (Unified Cockpit Controller) |
| | **FCC ID: 2AXZJ-K2B100** |
| | **IC: 27970-K2B100** |

17

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3.1 EUT Specifications** |

| | |
|---|---|
| Host Model No | P21-K2C000 |
| HW Version | 01 |
| SW Version | 491 |
| Contains FCC ID : | 2AXZJ-K2B100 |
| Contains IC: | 27970-K2B100 |
| Product Description | UCC (Unified Cockpit Controller) |
| Radio Module | Wi-Fi & Bluetooth Modules<br>Model Name : Ublox<br>Model Number : JODY-W354-00A<br>Wireless Technologies<br>Wi-Fi 5GHz : 802.11a/ac<br>Bluetooth : BDR/0ER, BLE |
| Frequency Range, # of channels | Bluetooth Basic/EDR: Nominal band: 2400 MHz – 2483.5 MHz; 79 channels<br>Bluetooth Low Energy: Nominal band: 2400 MHz – 2483.5 MHz; 40 channels |
| Modes of Operation | Bluetooth Basic/EDR: GFSK, π /4 DQPSK, 8DPSK<br>Bluetooth Low Energy: GFSK |

(https://fccid.io/2AXZJ-K2B100/Test-Report/Test-Report-BT-7742827.pdf Page 5 of 19)

**2025**

Lucid Air Pure.

Air Pure

| EPA. EST. RANGE<br>372 mi² | POWER<br>430 hp | 0-60 MPH<br>4.5 secs |
|---|---|---|

$51,998¹

PAYMENT ESTIMATOR

18

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 

(https://lucidmotors.com/inventory-vehicle?UUID=675cdcac59139809c864742a&shortCode=PD2RXN&id=9100001856&zip=94560)

Owner's Manual for LUCID models including: Pure, Touring, Grand Touring, 2025 Lucid Air Car, 2025 Lucid Air Car, Air Car, Car FCC, FDA, and ISED Compliance

**Component: Center Console Controller**

- Manufacturer: Lucid USA, Inc.
- Model: P11-K2B000
- Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz
- FCC ID/ISED ID:2AXZJ-K2B000 IC: 27970-K2B000

(https://device.report/m/02b03c709c697fd500b922d3ddd62ea5ff8c360977c0dcf27c05bbed2a3fd1f6 page 300 of 325)

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT__BLE._FCCa Lucid USA,
Lucid USA, Center Console Controller

FCC ID.    Lucid USA, Inc    K2B000.    Test_report_Bluetooth_LE_Module_BT__BLE._FCCa |

19

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3    TEST OBJECT DATA** |
| | **3.1    GENERAL EUT DESCRIPTION** |

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf  Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

**FCC ID: 2AXZJ-K2B000**

**FCC Test Report**

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

20

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3   Equipment Under Test (EUT)** |
| | **3.1   EUT Specifications** |

| | |
|---|---|
| Model No | P11-K2B000 |
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

LUCID Air *Touring*

2025
The Perfect Balance of Power and Elegance
Based on 2025

Air Touring

| EPA EST. RANGE | POWER | 0-60 MPH |
|---|---|---|
| 406 mi² | 620 hp | 3.4 secs |

$60,498¹

PAYMENT ESTIMATOR

21

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  (https://lucidmotors.com/inventory-vehicle?UUID=66d2e0ba783a2a989cc1112e&shortCode=J05V13&id=9100001879&zip=94560 )<br><br>Owner's Manual for LUCID models including: Pure, Touring, Grand Touring, 2025 Lucid Air Car, 2025, Lucid Air Car, 2025, Lucid Air Car, Air Car, Car<br><br>FCC, FDA, and ISED Compliance<br><br>**Component: Center Console Controller**<br><br>- Manufacturer: Lucid USA, Inc.<br><br>- Model: PI1-K2B000<br><br>- Operating Frequency: 2402-2480MHz, 5180.0–5240.0MHz, 5745-5825MHz<br><br>- FCC ID/ISED ID:2AXZJ-K2B000 IC: 27970-K2B000<br><br>https://device.report/m/02b03c709c697fd500b922d3ddd62ea5ff8c360977c0dcf27c05bbcd2a3fd1f6<br>Page 300 of 325<br><br>K2B000 Center Console Controller Test Report<br>Test_report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,<br>Lucid USA, Center Console Controller<br><br>FCC ID-    Lucid USA, Inc    K2B000,    Test_report_Bluetooth_LE_Module_BT__BLE_FCCa |

22

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3  TEST OBJECT DATA** |
| | **3.1  GENERAL EUT DESCRIPTION** |
| | |

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf  Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

**FCC ID: 2AXZJ-K2B000**

**FCC Test Report**

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

23

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|

**3    Equipment Under Test (EUT)**

**3.1    EUT Specifications**

| Model No | P11-K2B000 |
|----------|------------|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78); 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR; GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

**Lucid Air *Grand Touring***

Peak efficiency range. Supercar speed. Lavish interior. Buy from $114,900¹

**2025**

**Air Grand Touring**

| EPA-EST. RANGE | POWER | 0–60 MPH |
|----------------|-------|----------|
| 512 mi² | 819 hp | 3.0 secs |

$83,998¹

PAYMENT ESTIMATOR

24

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/inventory-vehicle?UUID=6647ca15a2da5dc7eeaaf664&shortCode=HFWTFO&id=9100001857&zip=94560 ) |
| | FCC, FDA, and ISED Compliance |
| | **Component: Center Console Controller** |
| | - Manufacturer: Lucid USA, Inc. |
| | - Model: PI1-K2B000 |
| | - Operating Frequency: 2402-2480MHz, 5180.0-5240.0MHz, 5745-5825MHz |
| | - FCC ID/ISED ID:2AXZJ-K2B000/IC: 27970-K2B000 |
| | (https://device.report/m/02b03c709c697fd500b922d3ddd62ea5ff8c360977c0dcf27c05bbed2a3fd1f6 ) Page 300 of 325) |
| | K2B000 Center Console Controller Test Report Test_report_Bluetooth_LE_Module_BT__BLE._FCCa Lucid USA, |
| | Lucid USA, Center Console Controller |
| | FCC ID: / Lucid USA, Inc / K2B000. / Test_report_Bluetooth_LE_Module_BT__BLE._FCCa |
| | **3   TEST OBJECT DATA** |
| | **3.1   GENERAL EUT DESCRIPTION** |
| | Kind of Device product description — The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
| | Product name — JODY-W164-03A |
| | Type — JODY-W164-03A |
| | (https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf  Page 13 of 100) |

25

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC and ISED Notes: Center Console Controller – Lucid USA, Inc** |
| | **FCC ID: 2AXZJ-K2B000** |
| | **FCC Test Report** |
| | FOR: |
| | Lucid USA, Inc. |
| | Model Name: |
| | P11-K2B000 |
| | Product Description: |
| | Center Console Controller (CCC) |
| | FCC ID: 2AXZJ-K2B000 |
| | **3  Equipment Under Test (EUT)** |
| | **3.1  EUT Specifications** |

| Model No | P11-K2B000 |
|---|---|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78), 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

2024

26

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  |  |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|
| | K2B000 Center Console Controller Test Report<br>Test_report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,<br><br>Lucid USA, Center Console Controller<br><br>FCC ID_ / Lucid USA Inc·  K2B000·  / Test_report_Bluetooth_LE_Module_BT__BLE_FCCa<br><br>**3  TEST OBJECT DATA**<br><br>**3.1  GENERAL EUT DESCRIPTION**<br><br>| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz<br>bands as well as Bluetooth (BT) 4.2 including Bluetooth Low<br>Energy (BT LE) |<br>| Product name | JODY-W164-03A |<br>| Type | JODY-W164-03A |<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-543690.pdf Page 13 of 100)<br><br>FCC and ISED Notes: Center Console Controller – Lucid USA, Inc<br><br>**FCC ID: 2AXZJ-K2B000**<br><br>**FCC Test Report**<br>FOR:<br><br>Lucid USA, Inc.<br><br>Model Name:<br><br>P11-K2B000<br><br>Product Description:<br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000 |

28

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3** Equipment Under Test (EUT) |
| | **3.1** EUT Specifications |

| | |
|---|---|
| Model No | P11-K2B000 |
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)



29

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://lucidmotors.com/inventory-vehicle?UUID=65065e8a438778cf857db569&shortCode=ETRQVG&id=9100000320&zip=94560 ) |

Owner's Manual for LUCID models including: Pure, Touring, Grand Touring, Pure Lucid Air, Pure, Lucid Air, Air

FCC, FDA, and ISED Compliance

| Center Console Controller | Lucid USA, Inc. | P11-K2B000 | 2402-2480 MHz, 5180.0-5240.0 MHz, 5260-5320 MHz, 5500.0-5700.0 MHz, 5745.0-5825.0 MHz | 2AXZJ-K2B000 IC: 27970-K2B000 | 2.4GHz : 47.8mW / 16.8dBm5GHz GHz 200mW / 23dBm |
|---|---|---|---|---|---|

(https://device.report/m/44e88d68c5a96e50971c052c5396c923e3d96fa225acdc7ea48600aeed1e858f ) Page 282 of 301)

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT__BLE__FCCa Lucid USA,

Lucid USA, Center Console Controller

FCC ID>   / Lucid USA Inc   /   K2B000,   / Test_report_Bluetooth_LE_Module_BT__BLE_FCCa

## 3   TEST OBJECT DATA

### 3.1   GENERAL EUT DESCRIPTION

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

30

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | (https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf Page 13 of 100)<br><br>FCC and ISED Notes: Center Console Controller – Lucid USA, Inc<br><br>FCC ID: 2AXZJ-K2B000<br><br>**FCC Test Report**<br><br>FOR:<br><br>Lucid USA, Inc.<br><br>Model Name:<br><br>P11-K2B000<br><br>Product Description:<br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000<br><br>**3    Equipment Under Test (EUT)**<br><br>**3.1    EUT Specifications**<br><br><table><tr><td>Model No</td><td>P11-K2B000</td></tr><tr><td>HW Version</td><td>01</td></tr><tr><td>SW Version</td><td>01</td></tr><tr><td>FCC-ID</td><td>2AXZJ-K2B000</td></tr><tr><td>Product Description</td><td>Center Console Controller (CCC)</td></tr><tr><td>Radio Module</td><td>Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164</td></tr><tr><td>Frequency Range, # of channels</td><td>Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78); 79 Channels</td></tr><tr><td>Modes of Operation</td><td>Bluetooth Basic/EDR GFSK</td></tr><tr><td>Antenna Gain as declared</td><td>2.8 dBi</td></tr></table><br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf  Page 5 of 25)<br><br>31 |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | 

(https://lucidmotors.com/inventory-vehicle?UUID=65f4b28318ec78b2a749e4f&shortCode=HOWSG7&id=9100002335&zip=94560 )

Owner's Manual for LUCID models including: Pure, Touring, Grand Touring, Pure Lucid Air, Pure, Lucid Air, Air FCC, FDA, and ISED Compliance

Center Console Controller — Lucid USA, Inc. — PI1-K2B000 — 2402-2480 MHz, 5180.0-5240.0 MHz, 5260-5320 MHz, 5500.0-5700.0 MHz, 5745.0-5825.0 MHz — 2AXZJ-K2B000, IC: 27970-K2B000 — 2.4GHz : 47.8mW / 16.8dBm5GHz / GHz 200mW / 23dBm

(https://device.report/m/44e88d68c5a96c50971c052e5396e923e3d96fa225acdc7ea48606aeed1e858f Page 282 of 301) |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | K2B000 Center Console Controller Test Report<br>Test_report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,<br>Lucid USA, Center Console Controller<br><br>FCC ID:  / Lucid USA, Inc.   K2B000.  / Test_report_Bluetooth_LE_Module_BT__BLE_FCCa<br><br>**3   TEST OBJECT DATA**<br><br>**3.1   GENERAL EUT DESCRIPTION**<br><br>| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz<br>bands as well as Bluetooth (BT) 4.2 including Bluetooth Low<br>Energy (BT LE) |<br>| Product name | JODY-W164-03A |<br>| Type | JODY-W164-03A |<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-<br>5433690.pdf Page 13 of 100)<br><br>**FCC and ISED Notes: Center Console Controller – Lucid USA, Inc**<br><br>**FCC ID: 2AXZJ-K2B000**<br><br><br>**FCC Test Report**<br><br>FOR:<br><br>Lucid USA, Inc.<br><br>Model Name:<br><br>P11-K2B000<br><br>Product Description:<br><br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000 |

33

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|

**3    Equipment Under Test (EUT)**

**3.1    EUT Specifications**

| | |
|---|---|
| **Model No** | P11-K2B000 |
| **HW Version** | 01 |
| **SW Version** | 01 |
| **FCC-ID** | 2AXZJ-K2B000 |
| **Product Description** | Center Console Controller (CCC) |
| **Radio Module** | Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164 |
| **Frequency Range, # of channels** | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| **Modes of Operation** | Bluetooth Basic/EDR GFSK |
| **Antenna Gain as declared** | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

**2023**

Lucid Air Pure
Range, performance, efficiency, and space. Buy from $70,900¹

2023

**Air Pure**

| EPA EST. RANGE | POWER | 0-60 MPH |
|---|---|---|
| 410 mi² | 480 hp | 3.8 secs |

$37,898¹          PAYMENT ESTIMATOR

34

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  |  (https://lucidmotors.com/inventory-vehicle?UUID=650f9427604d90aadba6b5b8&shortCode=OQUQTQ&id=9100002338&zip=94560 )<br><br>**Lucid**<br>**Owner's Manual**<br>**North America**<br><br>Air Sapphire<br>Air Dream<br>Air Grand Touring<br>Air Touring<br>Air Pure<br><br>FCC, FDA, and ISED Compliance |

| Center Console Controller | Lucid USA, Inc. | P1I-K2B000 | 2402-2480 MHz, 5180.0-5240.0 MHz, 5260-5320 MHz, 5500.0-5700.0 MHz, 5745.0-5825.0 MHz | 2AYZJ-K2B000 IC: 27970-K2B000 | 2.4GHz: 47.8mW / 16.8dBm 5GHz: 200mW / 25dBm |
|---|---|---|---|---|---|

(https://www.manualslib.com/manual/3385571/Lucid-Air-Sapphire-2023.html  Page 268/287)

35

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | K2B000 Center Console Controller Test Report<br>Test_report_Bluetooth_LE_Module_BT__BLE_FCCa Lucid USA,<br><br>Lucid USA, Center Console Controller<br><br>FCC ID:    / Lucid USA Inc.    K2B000.    / Test_report_Bluetooth_LE_Module_BT__BLE_FCCa<br><br><br>**3   TEST OBJECT DATA**<br><br>**3.1   GENERAL EUT DESCRIPTION**<br><br>| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz<br>bands as well as Bluetooth (BT) 4.2 including Bluetooth Low<br>Energy (BT LE) |<br>| Product name | JODY-W164-03A |<br>| Type | JODY-W164-03A |<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-543690.pdf Page 13 of 100)<br><br>FCC and ISED Notes: Center Console Controller – Lucid USA, Inc<br><br>**FCC ID: 2AXZJ-K2B000**<br><br><br>**FCC Test Report**<br><br>FOR:<br><br>Lucid USA, Inc.<br><br>Model Name:<br><br>P11-K2B000<br><br>Product Description:<br><br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000 |

36

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3 Equipment Under Test (EUT)**<br><br>**3.1 EUT Specifications** |

| | |
|---|---|
| Model No | P11-K2B000 |
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz; Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

2023
Air Touring

| EPA EST. RANGE | POWER | 0-60 MPH |
|---|---|---|
| 382 mi² | 620 hp | 3.4 secs |

$49,998[1]

PAYMENT ESTIMATOR

37

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| |  |

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3 TEST OBJECT DATA** |
| | **3.1 GENERAL EUT DESCRIPTION** |

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-5433690.pdf  Page 13 of 100)

FCC and ISED Notes: Center Console Controller – Lucid USA, Inc

**FCC ID: 2AXZJ-K2B000**

**FCC Test Report**

FOR:

Lucid USA, Inc.

Model Name:

P11-K2B000

Product Description:

Center Console Controller (CCC)

FCC ID: 2AXZJ-K2B000

39

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3    Equipment Under Test (EUT)**<br><br>3.1    EUT Specifications |

| Model No | P11-K2B000 |
|---|---|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPYJODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

Lucid Air *Grand Touring*

2023

Air Grand Touring

| EPA EST. RANGE | POWER | 0-60 MPH |
|---|---|---|
| 516 mi² | 819 hp | 3.0 secs |

$57,498[1]

PAYMENT ESTIMATOR

40

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|

(https://lucidmotors.com/inventory-vehicle?UUID=63ba2f7bc2947ed87693c9b6&shortCode=lE59XW&id=9100001045&zip=94560 )

**Lucid**
**Owner's Manual**
**North America**

Air Sapphire
Air Dream
Air Grand Touring
Air Touring
Air Pure

| Center Console Controller | Lucid USA, Inc. | PH-K2B000 | 2402-2480 MHz, 5080.0-5240.0 MHz, 5260-5320 MHz, 5500.0-5700.0 MHz, 5745.0-5825.0 MHz | 2AVZJ-K2B000 IC:27970-K2B000 | 2.4GHz: 47.8mW / 16.8dBm 5GHz: GHz 200mW / 23dBm |

(https://www.manualslib.com/manual/3385571/Lucid-Air-Sapphire-2023.html Page 268 of 287)

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT__BLE._FCCa Lucid USA,

Lucid USA, Center Console Controller

FCC ID: ___ / Lucid USA, Inc ___ / K2B000, ___ / Test_report_Bluetooth_LE_Module_BT__BLE._FCCa

41

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | **3   TEST OBJECT DATA**<br><br>**3.1   GENERAL EUT DESCRIPTION**<br><br>| Kind of Device<br>product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz<br>bands as well as Bluetooth (BT) 4.2 including Bluetooth Low<br>Energy (BT LE) |<br>| Product name | JODY-W164-03A |<br>| Type | JODY-W164-03A |<br><br>(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-<br>5433690.pdf  Page 13 of 100)<br><br>FCC and ISED Notes: Center Console Controller – Lucid USA, Inc<br><br>**FCC ID: 2AXZJ-K2B000**<br><br>**FCC Test Report**<br>FOR:<br>Lucid USA, Inc.<br><br>Model Name:<br>P11-K2B000<br><br>Product Description:<br>Center Console Controller (CCC)<br><br>FCC ID: 2AXZJ-K2B000 |

42

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **3   Equipment Under Test [EUT]** |
| | **3.1   EUT Specifications** |

| Model No | P11-K2B000 |
|---|---|
| HW Version | 01 |
| SW Version | 01 |
| FCC-ID | 2AXZJ-K2B000 |
| Product Description | Center Console Controller (CCC) |
| Radio Module | Ublox Model: JODY-W164-03A-01: FCC ID: XPY,JODYW164 |
| Frequency Range, # of channels | Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78), 79 Channels |
| Modes of Operation | Bluetooth Basic/EDR GFSK |
| Antenna Gain as declared | 2.8 dBi |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf Page 5 of 25)

2022

Air Grand Touring

| EPA EST. RANGE<br>516 mi² | POWER<br>819 hp | 0-60 MPH<br>3.0 secs |
|---|---|---|



https://lucidmotors.com/inventory-vehicle?UUID=63ba3a49c2947ed876968480&shortCode=ZJ821X&id=9100001453&zip=94560

43

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|
|         | **Owner's Manual - Lucid Air-enUS 2022** |

FCC, FDA, and ISED Compliance

| Center Console Controller | Lucid USA, Inc. | K2B000 | 2402-2480 MHz, 5180.0-5240.0 MHz, 5260-5320 MHz, 5745.0-5825.0 MHz | 2AVZ-LK2B000 |
|---|---|---|---|---|
|  |  |  |  | IC: 27970-K2B000 |

https://device.report/m/29401deae0419f34bfabc2b51d2ef88500b79d8237e2e929b9f8c4b90b926d2

Page 229 of 241

2022

Air Dream Edition

Performance



| SMART RANGE | POWER | 0-60 MPH |
|---|---|---|
| 451 mi¹ | 1,111 hp | 2.5 secs |

https://lucidmotors.com/inventory-vehicle?UUID=63ba5869c2947ed8769e2d5cc&shortCode=YE14JQ&id=9100001308&zip=94560

**Owners Manual - Lucid Air Dream Edition**

FCC and FDA Compliance

44

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|

| Center Console Controller | Lucid USA, Inc. | K2B000 | 2402-2480 MHz, 5180.0-5240.0 MHz, 5260-5320 MHz, 5745.0-5825.0 MHz | 2AXZJ-K2B000 |

https://device.report/m/5f314d6ecee70dd2118bccba1db99f89cf0416a1bccbef02144aa5c31f51771b Page 214 of 222

K2B000 Center Console Controller Test Report
Test_report_Bluetooth_LE_Module_BT__BLE__FCCa Lucid USA,
Lucid USA, Center Console Controller

FCC ID.  /  Lucid USA, Inc.  /  K2B000,  /  Test_report_Bluetooth_LE_Module_BT__BLE__FCCa

**3  TEST OBJECT DATA**

**3.1  GENERAL EUT DESCRIPTION**

| Kind of Device product description | The EUT is a module supporting WLAN in the 2.4 GHz and 5 GHz bands as well as Bluetooth (BT) 4.2 including Bluetooth Low Energy (BT LE) |
|---|---|
| Product name | JODY-W164-03A |
| Type | JODY-W164-03A |

(https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-LE-Module-BT-BLE-FCCa-543690.pdf Page 13 of 100)

**FCC and ISED Notes: Center Console Controller – Lucid USA, Inc**

**FCC ID: 2AXZJ-K2B000**

45

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | **FCC Test Report** <br><br> FOR: <br><br> Lucid USA, Inc. <br><br> Model Name: <br> P11-K2B000 <br><br> Product Description: <br> Center Console Controller (CCC) <br><br> FCC ID: 2AXZJ-K2B000 <br><br> **3    Equipment Under Test [EUT]** <br><br> **3.1    EUT Specifications** <br><br> <table><tr><td>Model No</td><td>P11-K2B000</td></tr><tr><td>HW Version</td><td>01</td></tr><tr><td>SW Version</td><td>01</td></tr><tr><td>FCC-ID</td><td>2AXZJ-K2B000</td></tr><tr><td>Product Description</td><td>Center Console Controller (CCC)</td></tr><tr><td>Radio Module</td><td>Ublox Model: JODY-W164-03A-01; FCC ID: XPYJODYW164</td></tr><tr><td>Frequency Range, # of channels</td><td>Nominal band: 2400 MHz – 2483.5 MHz;<br>Center to center: 2402 MHz (ch 0) – 2480 MHz (ch 78) ,79 Channels</td></tr><tr><td>Modes of Operation</td><td>Bluetooth Basic/EDR  GFSK</td></tr><tr><td>Antenna Gain as declared</td><td>2.8 dBi</td></tr></table> <br><br> (https://fccid.io/2AXZJ-K2B000/Test-Report/Test-report-Bluetooth-EMC-LUCID-004-21001-15-247-DSS-Rev1-5433689.pdf  Page 5 of 25) <br><br> Lucid Motors Vehicle includes a controller configured to trigger a wake-up detection mode at a wireless device for a pre-determined time period. <br><br> Lucid Motors Vehicle includes a controller. |
| a controller configured to trigger a wake-up detection mode at a wireless device for a pre-determined time period; and | |

46

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---------|------------------------------|
|         | The Bluetooth core system consists of a Host and one or more Controllers. A Host is a logical entity defined as all of the layers below the non-core profiles and above the Host Controller Interface (HCI). A Controller is a logical entity defined as all of the layers below HCI. An implementation of the Host and Controller may contain the respective parts of the HCI. Two types of Controllers are defined in this version of the Core Specification: Primary Controllers and Secondary Controllers. |
|         | (Bluetooth Core Specification v5.0, p. 166) |
|         | The controller is configured to trigger a wake-up detection mode (e.g., Page Scan Substate) at a wireless device for a pre-determined period of time (e.g., generalized interlaced scan window). |
|         | **8.3.1 Page Scan Substate** |
|         | In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies. |
|         | When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16-12}$ of the device's native clock; that is, every 1.28s a different frequency is selected. |
|         | (Bluetooth Core Specification v5.0, p. 445) |

47

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| a communication interface coupled to the controller and configured to receive a wake-up packet addressed to the wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save power mode to operating in a non-power save power mode; | Lucid Motors Vehicle includes a communication interface coupled to the controller and configured to receive a wake-up packet addressed to the wireless device, wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save mode to operating in a non-power save power mode. |
| | Lucid Motors Vehicle includes a communication interface coupled to the controller and configured to receive a wake-up packet (e.g., page message) addressed to the wireless device (e.g., using the device access code), wherein the wake-up packet is configured to cause the wireless device to initiate a switch from operating in a power-save mode (e.g., Page Scan Substate) to operating in a non-power save power mode (e.g., Connection State). |
| | There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state. |
| | (Bluetooth Core Specification v5.0, p. 459) |

48

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
|  | **8.3.1 Page Scan Substate**<br><br>In the **page scan** substate, a device may be configured to use either the standard or generalized interlaced scanning procedure. During a standard scan, a device listens for the duration of the scan window $T_{w\_page\_scan}$ (11.25ms default, see HCI [Vol 2] Part E, Section 7.3.20), while the generalized interlaced scan is performed as two back to back scans of $T_{w\_page\_scan}$. If the scan interval is not at least twice the scan window, then generalized interlaced scan shall not be used. During each scan window, the device shall listen at a single hop frequency, its correlator matched to its device access code (DAC). The scan window shall be long enough to completely scan 16 page frequencies.<br><br>When a device enters the **page scan** substate, it shall select the scan frequency according to the page hopping sequence determined by the device's Bluetooth device address, see Section 2.6.4.1. The phase in the sequence shall be determined by $CLKN_{16-12}$ of the device's native clock; that is, every 1.28s a different frequency is selected.<br><br>(Bluetooth Core Specification v5.0, p. 445) |
| wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode in response to receiving the wake-up packet and to exit the wake-up detection mode if the wake-up process is performed or the | Lucid Motors Vehicle includes wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode in response to receiving the wake-up packet and to exit the wake-up detection mode if the wake-up process is performed or the predetermined time period is exceeded.<br><br>Lucid Motors Vehicle includes wherein the controller is further configured to perform a wake-up process at the wireless device to operate in the non-power save mode (e.g., Connection State) in response to receiving the wake-up packet (e.g., page message) and to exit the wake-up detection mode if the wake-up process is performed or the predetermined time period (e.g., generalized interlaced scan window) is exceeded. |

49

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| predetermined time period is exceeded. | **8.3.2 Page Substate**<br><br>The **page** substate is used by the master (source) to activate and connect to a slave (destination) in the **page scan** substate. The master tries to coincide with the slave's scan activity by repeatedly transmitting the paging message consisting of the slave's device access code (DAC) in different hop channels. Since the Bluetooth clocks of the master and the slave are not synchronized, the master does not know exactly when the slave wakes up and on which hop frequency. Therefore, it transmits a train of identical page scan messages at different hop frequencies and listens in between the transmit intervals until it receives a response from the slave.<br><br>(Bluetooth Core Specification v5.0, p. 447)<br><br>There are two ways to enter the CONNECTION state. A device can transition from the page/page scan substates to the CONNECTION state or directly from the STANDBY state to the connectionless slave broadcast mode of the CONNECTION state.<br><br>(Bluetooth Core Specification v5.0, p. 459) |

50

Exhibit H – Evidence of Use Regarding Infringement of U.S. Patent No. 9,207,748 – Chart 2

| Claim 8 | Lucid Group, Inc. ("Lucid") |
|---|---|
| | In the case of a standard scan, if the correlator exceeds the trigger threshold during the **page scan**, the device shall enter the **slave response** substate described in Section 8.3.3.1. The scanning device may also use generalized interlaced scan. In this case, if the correlator does not exceed the trigger threshold during the first scan it shall scan a second time using the phase in the sequence determined by [CLKN$_{16-12}$ + interlace_offset] mod 32. If on this second scan the correlator exceeds the trigger threshold the device shall enter the **slave response** substate using [CLKN$_{16-12}$ + interlace_offset] mod 32 as the frozen CLKN* in the calculation for Xprs$_{79}$ (see Section 2.6.4.3 for details). If the correlator does not exceed the trigger threshold during a scan in normal mode or during the second scan in interlaced scan mode it shall return to either the **STANDBY** or **CONNECTION** state. |
| | (Bluetooth Core Specification v5.0, p. 446) |

51